UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20001

C07-4580 EDL

FILED
SEP X 5 2007
RICHARD...
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Instructions for retrieving electronic case filings:*

Transferring Case number:   07-cv-00407-EGS

Case Caption:   SECURITIES AND EXCHANGE COMMISSION v. ROBERTS

**CLICK ON:**
- J-Net
- External Court Sites
- DC District Court
- Electronic Case Filing
- (IN RED) BEGIN: Electronic Case Filing
- Case Management/Electronic Case Filing System

At login type: *(usdcndfl)*
   Password: *(usdcndfl)*
Skip "Client Code" , click logon

Once you are into CM/ECF, to print the docket sheet click:

- Reports
- Docket Sheet
- **Type in Case number:**
- Run Report

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE**: Once you have retrieved the necessary information please e-mail court at dcd_cmecf@dcd.uscourts.gov with your court's case information.