Sep-11-2007 02:06pm From-COOLEY GODWARD LLP    650 857 0663    T-059 P.002/004 F-474

FILED

07 SEP 11 PM 3: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>KENT H. ROBERTS,<br><br>Defendant. | Case No. C 07-04580 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

BY FAX

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

759515 v1/PA

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
C 07-04580 EDL

Sep-11-2007  02:06pm  From-COOLEY GODWARD LLP         650 857 0663        T-059  P 003/004  F-474

| | |
|---|---|
| 1 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE: |
| 2 | The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. |

Dated: September 11, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
WILLIAM S. FREEMAN (82002)
SHANNON M. EAGAN (212830)
EINAT SANDMAN (234776)

_____
William S. Freeman (82002)

Attorneys for Defendant
Kent H. Roberts

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

759515 v1/PA          1.

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
C 07-04580 EDL

Sep-11-2007  02:06pm  From-COOLEY GODWARD LLP          650 857 0663          T-C59  P 004/004  F-474

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- [x] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

- [ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

- [x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Stephen L. Cohen
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
cohens@sec.gov

Executed on September 11, 2007 at Palo Alto, California.

Catherine R. Galan

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

759515 v1/PA    2.    DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
C 07-04580 EDL

10353127 tif - 9/11/2007 2:03:11 PM