**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**September 17, 2007**

**CASE NUMBER:  CV 07-04580 EDL**
**CASE TITLE:  SECURITIES AND EXCHANGE-v-KENT H. ROBERTS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/17/07

FOR THE EXECUTIVE COMMITTEE:

_____
                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                            Entered in Computer 09/17/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                   Transferor CSA