COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>KENT H. ROBERTS,<br><br>          Defendant. | Case No.  C 07-04580 MHP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL: CHANGE IN DESIGNATION OF LEAD ATTORNEY** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

760351 v1/PA

NOTICE OF SUBSTITUTION OF COUNSEL:  CHANGE IN
DESIGNATION OF LEAD ATTORNEY
C 07-04580 MHP

1    **PLEASE TAKE NOTICE** of the following changes in Lead Attorney and Attorney to be

2   Noticed for Defendant Kent H. Roberts, following the transfer of this matter from the District of

3   Columbia to this District.

4        Michael J. Klisch of the Washington, D.C. office of Cooley Godward Kronish LLP is no

5   longer Lead Attorney and Attorney to be Noticed for Defendant Roberts.    Please remove

6   Mr. Klisch's name from the service list and Docket Sheet.

7        William S. Freeman of the Palo Alto office of Cooley Godward Kronish LLP, Five Palo

8   Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155, telephone (650) 843-5000, who is

9   already listed as Attorney to be Noticed, will be Lead Attorney for Defendant Kent H. Roberts.

10  Dated: September 26, 2007              COOLEY GODWARD KRONISH LLP
                                          STEPHEN C. NEAL (170085)
11                                        WILLIAM S. FREEMAN (82002)
                                          SHANNON M. EAGAN (212830)
12                                        EINAT SANDMAN (234776)

13

14                                              _____/s/_____

15                                        William S. Freeman (82002)

16                                        Attorneys for Defendant
                                          Kent H. Roberts

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

760351 v1/PA                    1.          NOTICE OF SUBSTITUTION OF COUNSEL:  CHANGE IN
                                                    DESIGNATION OF LEAD ATTORNEY
                                                            C 07-04580 MHP