UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4

UNITED STATES  DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    SECURITIES AND EXCHANGE
     COMMISSION,
8                                                   No. C-07-4580 MHP
                          Plaintiff(s),
9            v.                                     **ORDER DENYING THE UNITED
                                                    STATES' MOTION TO INTERVENE
10   KENT H. ROBERTS,                               AND TO STAY DISCOVERY**
11                        Defendant(s).
                                              /
12

13        **WHEREAS**, the United States has moved this Court for an order permitting it to intervene in

14   this case so that it can request an order staying discovery until the conclusion of a related pending

15   criminal case;

16        **WHEREAS**, Defendant Kent Roberts has timely opposed the United States' motion to

17   intervene and to stay discovery; and

18        **WHEREAS**, the Court has fully considered the papers submitted by counsel and finds that

19   the United States has failed to provide persuasive authority in support of its motion or to demonstrate

20   that substantial prejudice would result from simultaneous civil and criminal proceedings; and a stay

21   would severely prejudice Defendant;

22        **IT IS SO ORDERED THAT:**

23        (1) The United States' motion to intervene and to stay discovery is denied.  The Court, of

24   course, reserves the right to manage the discovery and proceedings in both the criminal and the civil

25   actions so that no undue burden or any prejudice will occur to either party.

26
     Dated: *September 25, 2007*
27
                                                    _____
28                                                  MARILYN HALL PATEL
                                                    United States District Court Judge
                                                    Northern District of California