COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>KENT H. ROBERTS,<br><br>        Defendant. | Case No. C 07-04580 MHP<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

762712 v1/PA

ADR CERTIFICATION BY PARTIES AND COUNSEL
C 07-04580 MHP

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

2   (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR internet site www.adr.cand.uscourts.gov;

3   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

4   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 7, 2007

_____
KENT H. ROBERTS

Dated: November 9, 2007

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
WILLIAM S. FREEMAN (82002)
SHANNON M. EAGAN (212830)
EINAT SANDMAN (234776)

_____/s/_____
William S. Freeman (82002)

Attorneys for Defendant
Kent H. Roberts

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

762712 v1/PA

ADR CERTIFICATION BY PARTIES AND COUNSEL
C 07-04580 MHP

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 7, 2007

_____
KENT H. ROBERTS

Dated: November 7, 2007

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
WILLIAM S. FREEMAN (82002)
SHANNON M. EAGAN (212830)
EINAT SANDMAN (234776)


_____
William S. Freeman (82002)

Attorneys for Defendant
Kent H. Roberts

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Stephen L. Cohen
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
cohens@sec.gov

Executed on November 13, 2007 at Palo Alto, California.

/s/
Trudy Carney

Cooley Godward Kronish LLP
Attorneys At Law
Palo Alto

762712 v1/PA

ADR Certification by Parties and Counsel
C 07-04580 MHP