STEPHEN L. COHEN (cohens@sec.gov)
MATTHEW D. STRADA (stradam@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202) 551-4472
Facsimile (202) 772-9245

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   vs.<br><br>KENT H. ROBERTS,<br><br>   Defendant | Case No.: Case No. C 07-04580 MHP<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated this 14th day of November, 2007

                              /s/
                        STEPHEN L. COHEN

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. I am a citizen of the United States and a resident of the District of Columbia. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NW, Washington, D.C. 20549-4030. On the date set forth below, I served the following documents in the manner described below:

ADR CERTIFICATION BY PARTY AND COUNSEL

[X]   **U.S. MAIL:** I caused the above document to be placed in a sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ]   **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier.

[X ]  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated below.

on the following counsel of record:

>William S. Freeman
>Cooley Godward Kronish LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA  94306-2155
>freemanws@cooley.com

Executed on November 14, 2007, at Washington, D.C.

_____
STEPHEN L. COHEN