COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT H. ROBERTS,<br><br>　　　　　Defendant. | Case No.  C 07-04580 MHP<br><br>**DEFENDANT KENT H. ROBERTS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
C 07-04580 MHP**

1  **To Plaintiff Securities and Exchange Commission and to the Clerk of the Above-Entitled**
2  **Court**:

3      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
4  associations of persons, firms, partnerships, corporations (including parent corporations) or other
5  entities (i) may have a financial interest in the subject matter in controversy or in a party to the
6  proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could
7  be substantially affected by the outcome of this proceeding:  McAfee, Inc.

8  Dated: November 15, 2007          COOLEY GODWARD KRONISH LLP
    STEPHEN C. NEAL (170085)
9      WILLIAM S. FREEMAN (82002)
    SHANNON M. EAGAN (212830)
10     EINAT SANDMAN (234776)

12                                               /s/
13                               William S. Freeman (82002)

14                               Attorneys for Defendant
    Kent H. Roberts

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**
**C 07-04580 MHP**

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**DEFENDANT KENT H. ROBERTS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Stephen L. Cohen
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
cohens@sec.gov

Executed on November 15, 2007 at Palo Alto, California.

762858 v1/PA

/s/
Catherine R. Galan