COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>KENT H. ROBERTS,<br><br>         Defendant. | Case No.  C 07-04580 MHP<br><br>**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND** |

EXHIBIT A

ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in it entirety and understand the Stipulated and Protective Order that was issued by the United States District Court for the Northern District of California on **[date]** in the case of *Securities and Exchange Commission v. Kent H. Roberts*, Case No.  C 07-04580 MHP. I agree to comply and to be bound by all the terms of this stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishments in the nature of contempt. I solemnly promise that I will disclose in any manner any information or item that is subject to

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763113 v1/PA                                    1.                              EXHIBIT A - ACKNOWLEDGEMENT AND
                                                                                AGREEMENT TO BE BOUND
                                                                                C 07-04580 MHP

this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763113 v1/PA

2.

**EXHIBIT A - ACKNOWLEDGEMENT AND
AGREEMENT TO BE BOUND
C 07-04580 MHP**