COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>KENT H. ROBERTS,<br><br>              Defendant. | Case No.  C 07-04580 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763018 v1/PA

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
C 07-04580 MHP

Counsel report that they have met and conferred regarding ADR and that they have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Both parties are agreeable to mediation. Defendant Roberts, however, submits that it will not be possible for him to participate meaningfully in any ADR process until after the conclusion of proceedings in the related criminal matter, *U.S. v. Kent H. Roberts*, 07-0100-MHP, currently set for trial on April 15, 2008 before this Court. Plaintiff Securities and Exchange Commission is willing to participate in ADR processes before then but understands Defendant Roberts' position in this regard.

Accordingly, the parties agree to participate in mediation (ADR L.R. 6) following the conclusion of proceedings in the criminal matter.

DATED: November 15, 2007            COOLEY GODWARD KRONISH LLP

                                    /s/
                                    William S. Freeman

                                    Attorneys for Defendant
                                    KENT H. ROBERTS

DATED: November 15, 2007            SECURITIES AND EXCHANGE
                                    COMMISSION


                                    /s/
                                    Stephen L. Cohen

                                    Attorneys for Plaintiff
                                    Securities and Exchange Commission

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763018 v1/PA                1                STIPULATION AND [PROPOSED] ORDER
                                             SELECTING ADR PROCESS
                                             C 07-04580 MHP

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter will be referred to mediation upon the conclusion of proceedings in the related criminal matter, U.*S. v. Kent H. Roberts*, 07-0100-MHP.

IT IS SO ORDERED.

Dated: 11/16/2007



THE HONORABLE MARILYN H. PATEL
UNITED STATES

IT IS SO ORDERED
Judge Marilyn H. Patel

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

763018 v1/PA

2

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
C 07-04580 MHP