STEPHEN L. COHEN (cohens@sec.gov)
MATTHEW D. STRADA (stradam@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202) 551-4472
Facsimile (202) 772-9245

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KENT H. ROBERTS,<br><br>Defendant | Case No.: Case No. C 07-04580 MHP<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of Matthew D. Strada, Esq., undersigned, as an additional counsel for Plaintiff Securities and Exchange Commission in the above-entitled action. Pursuant to Fed. R. Civ P. 5, a copy of further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Matthew D. Strada, Esq.
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-8549
stradam@sec.gov
(202) 551-4764 (phone)

Dated this 6th day of December, 2007

_____
MATTHEW D. STRADA

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. I am a citizen of the United States and a resident of the District of Columbia. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE, Washington, D.C. 20549-8549. On the date set forth below, I served the following documents in the manner described below:

    NOTICE OF APPEARANCE OF COUNSEL

[X]  **U.S. MAIL:** I caused the above document to be placed in a sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]  **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ]  **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier.

[X]  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated below.

on the following counsel of record:

    William S. Freeman
    Cooley Godward Kronish LLP
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA 94306-2155
    freemanws@cooley.com

    Executed on December 6, 2007, at Washington, D.C.

    _____
    MATTHEW D. STRADA