**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED CRIMINAL PRETRIAL MINUTES**

Date: December 10, 2007

Case No.   CR 07-0100 MHP          Judge:  MARILYN H. PATEL
           CV 07-4580 MHP

Title:  UNITED STATES -v- KENT H. ROBERTS (b):

Attorneys:   Plf: Tim Lucey, Laurel Beeler, Stephen Cohen, Matthew Strada
             Dft: Neal Stephens, William Freeman

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

**As to CR 07-0100:** Defendant present in court; A further status conference set for 1/28/2008 at 11:00 am; Excludable time found complexity, effective preparation of counsel;

**As to CV 07-4580:** Court addresses ongoing discovery; Proposed Deposition schedule of defendant Roberts discussed; Defense counsel to submit proffer re deposition issues; Depositions limited to 30;

Completion of Fact Discovery: 7/10/2008;
Disclosure of expert witnesses, in CV and final reports; 8/10/2008
Disclosure of Rebuttal expert witnesses :9/10
Completion of expert discovery: 10/10/2008;
Dispositive motions to be filed not later than 11/10/2008;

A further status conference set for June 2, 2008 at 3:00 pm.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL PRETRIAL MINUTES

Date: December 10, 2007

Case No.   CR 07-0100  MHP          Judge:   MARILYN H. PATEL
           CV 07-4580 MHP

Title:  UNITED STATES -v- KENT H. ROBERTS (b):

Attorneys:    Plf: Tim Lucey, Laurel Beeler, Stephen Cohen, Matthew Strada
              Dft: Neal Stephens, William Freeman

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

### PROCEEDINGS

1)  Status Conference

2)

3)

### ORDERED AFTER HEARING:

**As to CR 07-0100:** Defendant present in court; A further status conference set for 1/28/2008 at 11:00 am; Excludable time found complexity, effective preparation of counsel;

**As to CV 07-4580:** Court addresses ongoing discovery; Proposed Deposition schedule of defendant Roberts discussed; Defense counsel to submit proffer re deposition issues; Depositions limited to 30;

Completion of Fact Discovery: 7/10/2008;
Disclosure of expert witnesses, in CV and final reports; 8/10/2008
Disclosure of Rebuttal expert witnesses :9/10
Completion of expert discovery: 10/10/2008;
Dispositive motions to be filed not later than 11/10/2008;

A further status conference set for June 2, 2008 at 3:00 pm.