UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4580          MARILYN HALL PATEL          DATE 1/30/08
Case Number            Judge

Title: SECURITIES & EXCHANGE     vs KENT ROBERTS

Attorneys: STEPHEN COHEN,          SHANNON EAGAN, WILLIAM FREEMAN

ROBERT GOODING JR. For: Special Committee of the Board of Directors

ROD STRICKLAND

Deputy Clerk: T. De Martini     Court Reporter: Katherine Powell

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Telephonic Discovery Hearing - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

( ) Motion(s): ( ) Granted ( ) Denied ( ) Withdrawn

( ) Granted/Denied ( ) Off Calendar ( ) Submitted

Order to be Prepared by: ( ) Pltf ( ) Deft ( ) Court

Discovery Cutoff: _____ Pretrial Statements Due _____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 2/25/08 @ 2:00 P.M. for Discovery Motion

ORDERED AFTER HEARING: The issue of privileged documents is to be briefed.  Parties are to submit simultaneous briefs by 2/15/08.  Oral argument is calendared for 2/25/08 at 2:00 p.m.

cc: Tony