COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>KENT H. ROBERTS,<br><br>            Defendant. | Case No. C 07-04580 MHP<br><br>**DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP AND EXHIBITS D & O TO THE DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT THEREOF**<br><br>Judge:    Hon. Marilyn H. Patel |

Pursuant to Civil Local Rule 79-5(b), (c) and (d), Defendant Kent Roberts ("Defendant") hereby submits this Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP and Exhibits D and O to the Declaration of William S. Freeman in Support Thereof.

1.      In accordance with Civil Local Rule 79-5(b) and the Protective Order entered in the arbitration proceeding of *Kevin Weiss v. McAfee, Inc.*, American Arbitration Association, No. 71 166 00038 07 ("*Weiss* Protective Order"), Defendant requests that the following exhibit attached to the Declaration of William S. Freeman, submitted herewith, be filed under seal:

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL AND EXHIBITS D & O TO FREEMAN DECL. I/S/O/ MTC – CASE NO. C-07-4580 MHP

1  Exhibit D – Excerpts from the Deposition Transcript of Robert E. Gooding, Jr.

2  2. In accordance with Civil Local Rule 79-5(b) and the *Weiss* Protective Order, Defendant requests that the following exhibit attached to the Declaration of William S. Freeman, submitted herewith, be filed under seal:  Exhibit O – Excerpts from the Deposition Transcript of David T. Bartels.

3. In accordance with Local Rule 79-5(c) and (d) and the *Weiss* Protective Order, Defendant requests that certain portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP pertaining to the matters described in Paragraphs 1-2 above be filed under seal. A public, redacted version of this document is being lodged with the Court electronically herewith.

Dated: February 15, 2008

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
WILLIAM S. FREEMAN (82002)
SHANNON M. EAGAN (212830)
EINAT SANDMAN CLARKE (234776)


/s/
Einat Sandman Clarke (234776)

Attorneys for Defendant
Kent H. Roberts

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO COMPEL AND EXHIBITS D & O TO FREEMAN DECL. I/S/O/ MTC – CASE NO. C-07-4580 MHP