# EXHIBIT B

# Vinson&Elkins

David Corey Lawson  clawson@velaw.com
Tel 713.758.4768  Fax 713.615.5065

February 8, 2008

RECEIVED
FEB 11 2008

**By Federal Express**

Shannon M. Eagan
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Re:  Protective Order entered in the Arbitration proceeding between Kevin Weiss and McAfee, Inc.

Dear Shannon:

Enclosed is a copy of the protective order entered in the arbitration proceeding between Kevin Weiss and McAfee, Inc. you requested from Scott Fletcher. It is our understanding that you have received documents subject to this order from the government, and intend to file certain of those documents under seal in a public case. Specifically, you have indicated that you intend to file pages 54, 154-155, and 156-157 of the deposition of Robert E. Gooding, Jr. and pages 9-10 and 65-66 of the deposition of David T. Bartels (collectively the "Referenced Materials"). At this time, we have no objections to the filing of the Referenced Materials under seal. We ask that you give us notice and an opportunity to object if you intend to file or reference anything subject to the protective order other than the Referenced Materials.

Additionally, if you have copies or have been given access to other materials that reference Kevin Weiss or are otherwise relevant in our proceedings could you please identify them to us so that we may request them. Such materials may include, but are not limited to, the entire power point presentation made by the Special Committee to McAfee's Board of Directors, testimony given by witnesses to the Securities and Exchange Commission or Department of Justice that refers to Kevin Weiss, and any depositions that refer to Kevin Weiss. Please feel free to contact either me or Scott if you have any information or concerns.

Vinson & Elkins LLP  Attorneys at Law
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

V&E

Sincerely,

David Corey Lawson

Encls