COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>KENT H. ROBERTS,<br><br>            Defendant. | Case No.  C 07-04580 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP AND EXHIBITS D & O TO THE DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT THEREOF**<br><br>Judge:    Hon. Marilyn H. Patel |

Having reviewed the submissions relating to Defendant Kent Roberts' Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP and Exhibits D & O to the Declaration of William S. Freeman in Support Thereof, pursuant to Civil Local Rule 79-5 and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant's Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP and Exhibits D & O to the Declaration of William S. Freeman in Support Thereof is GRANTED;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

**[PROPOSED] ORDER GRANTING ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MTC AND EXS. D & O TO FREEMAN DECL. -** CASE NO. C-07-4580 MHP

IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow Defendant to file under seal the following documents:

1. Exhibit D to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

2. Exhibit O to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

3. Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP, at 4:3-4, 4:5-7, 4:12-15, and 11:13-14.

**IT IS SO ORDERED.**

Dated: February ____, 2008

**HONORABLE MARILYN H. PATEL**

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

[PROPOSED] ORDER GRANTING ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MTC AND EXS. D & O TO FREEMAN DECL. - CASE NO. C-07-4580 MHP