# EXHIBIT G

1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  MARIA V. MORRIS (223903)
   100 Pine Street, Suite 2600
4  San Francisco, CA 94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   swilliams@lerachlaw.com
6  mwinkler@lerachlaw.com
   mmorris@lerachlaw.com
7
   Co-Lead Counsel for Plaintiffs
8  [Additional counsel appear on signature page.]

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  HEAVY & GENERAL LABORERS' LOCALS  )  Master File No. 5:06-cv-03484-JF
    472 & 172 PENSION & ANNUITY FUNDS  )
13  and KENNETH DOSSETT, Derivatively on )
    Behalf of McAFEE, INC.,            )  [CORRECTED] CONSOLIDATED
14                                     )  VERIFIED SHAREHOLDER DERIVATIVE
                       Plaintiffs,     )  COMPLAINT FOR VIOLATION OF THE
15                                     )  FEDERAL SECURITIES LAWS AND
         vs.                           )  STATE LAW CLAIMS FOR BREACH OF
16  GEORGE SAMENUK, STEPHEN C.         )  FIDUCIARY DUTY, ABUSE OF
    RICHARDS, KEVIN M. WEISS, KENT H.  )  CONTROL, CONSTRUCTIVE FRAUD,
17  ROBERTS, ERIC F. BROWN, LESLIE G.  )  CORPORATE WASTE, UNJUST
    DENEND, ROBERT M. DUTKOWSKY,       )  ENRICHMENT, GROSS
18  DENIS J. O'LEARY, ROBERT W. PANGIA, )  MISMANAGEMENT, BREACH OF
    ROBERT B. BUCKNAM, LIANE S. WILSON, )  CONTRACT, ACTION FOR AN
19  DALE L. FULLER, VERNON EUGENE      )  ACCOUNTING AND VIOLATION OF
    HODGES, VIRGINIA GEMMELL, EDWIN    )  CALIFORNIA CORPORATIONS CODE
20  HARPER, SYLVIA GARCIA-LECHELT,     )
    EVAN S. COLLINS, WILLIAM L. LARSON, )
21  DENNIS L. CLINE, ZACHARY A. NELSON, )
    PRABHAT K. GOYAL, PETER R. WATKINS )
22  and ARTHUR MATIN,                  )
                                       )
23                     Defendants,     )
                                       )
         – and –                       )
24                                     )
    McAFEE, INC., a Delaware corporation, )
25                                     )
                    Nominal Defendant. )
26  _____ )
    In re McAFEE, INC. DERIVATIVE      )
    LITIGATION                         )  DEMAND FOR JURY TRIAL
27                                     )

28

1          (vi)    Reform executive compensation.

2      D.    Ordering the imposition of a constructive trust over defendants' stock options and any

3  proceeds derived therefrom;

4      E.    Awarding punitive damages;

5      F.    Awarding costs and disbursements of this action, including reasonable attorneys',

6  accountants', and experts' fees; and

7      G.    Granting such other and further relief as this Court may deem just and proper.

8                          **JURY DEMAND**

9      Plaintiffs demand a trial by jury.

10  DATED:  September 28, 2006                LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
11                                           SHAWN A. WILLIAMS
                                             MONIQUE C. WINKLER
12                                           MARIA V. MORRIS

13

14                                                        /s/
                                             SHAWN A. WILLIAMS
15
                                             100 Pine Street, Suite 2600
16                                           San Francisco, CA  94111
                                             Telephone:  415/288-4545
17                                           415/288-4534 (fax)

18                                           LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
19                                           TRAVIS E. DOWNS III
                                             BENNY C. GOODMAN III
20                                           THOMAS G. WILHELM
                                             655 West Broadway, Suite 1900
21                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
22                                           619/231-7423 (fax)

23                                           SCHIFFRIN & BARROWAY, LLP
                                             ERIC L. ZAGAR
24                                           SEAN M. HANDLER
                                             280 King of Prussia Road
25                                           Radnor, PA  19087
                                             Telephone:  610/667-7706
26                                           610/667-7056 (fax)

27                                           Co-Lead Counsel for Plaintiffs

28  T:\CasesSF\McAfee Derivative\CPT00035239.doc

[CORRECTED] CONS VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATION
OF THE FEDERAL SECURITIES LAWS AND STATE LAW CLAIMS - 5:06-cv-03484-JF           - 79 -