1   COOLEY GODWARD KRONISH LLP
    STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2   WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
    SHANNON M. EAGAN (212830) (seagan@cooley.com)
3   EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA  94306-2155
5   Telephone:    (650) 843-5000
    Facsimile:    (650) 857-0663
6
    Attorneys for Defendant
7   Kent H. Roberts

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
    SECURITIES AND EXCHANGE              Case No.  C 07-04580 MHP
13  COMMISSION,
                                         **EXHIBIT O**
14                    Plaintiff,
                                         **TO THE DECLARATION OF WILLIAM S.**
15        v.                             **FREEMAN IN SUPPORT OF DEFENDANT**
                                         **KENT H. ROBERTS' MOTION TO COMPEL**
16  KENT H. ROBERTS,                     **PRODUCTION OF DOCUMENTS FROM**
                                         **THIRD PARTY HOWREY LLP**
17                    Defendant.
                                         Date:    February 25, 2008
18                                       Time:    2:00 p.m.
                                         Judge:   Hon. Marilyn H. Patel
19

20                                       DISCOVERY MATTER

21
22                       *CONFIDENTIAL*
             *DOCUMENT SUBMITTED UNDER SEAL*
23             *PURSUANT TO CIV. L.R. 79-5(b) and (d)*

24

25

26

27

28

Ex. O to Decl. of W. Freeman I/S/O Motion to Compel
Production of Documents from Third Party
Howrey LLP - Case No.  C-07-4580 MHP