1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:     (650) 857-0663

6
   Attorneys for Defendant
7  Kent H. Roberts

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   SECURITIES AND EXCHANGE              Case No.  C 07-04580 MHP
13 COMMISSION,
                                        **[PROPOSED] ORDER GRANTING
14           Plaintiff,                 DEFENDANT KENT H. ROBERTS'
                                        MOTION TO COMPEL PRODUCTION OF
15      v.                              DOCUMENTS FROM THIRD PARTY
                                        HOWREY LLP**
16 KENT H. ROBERTS,
                                        Date:   February 25, 2008
17           Defendant.                 Time:   2:00 p.m.
                                        Judge:  Hon. Marilyn H. Patel
18

19                                      DISCOVERY MATTER

20

21

22

23

24

25

26

27

28
                                        [PROPOSED] ORDER GRANTING MOTION TO COMPEL
                                              PRODUCTION OF DOCUMENTS FROM THIRD PARTY
                                                 HOWREY LLP - CASE NO. C-07-4580 MHP

# [PROPOSED] ORDER

Having reviewed the submissions relating to Defendant Kent Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP, and having heard oral argument on the matter from Robert E. Gooding, Jr., Esq., Shannon M. Eagan, Esq., and William S. Freeman, Esq., during a January 30, 2008 phone call, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant Kent Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP is GRANTED.

**IT IS SO ORDERED.**

Dated: February \_\_\_\_, 2008

**HONORABLE MARILYN H. PATEL**

767804 v1/PA