| | |
|---|---|
| 1 | Robert E. Gooding, Jr. (SBN 50617) |
|   | Roman E. Darmer (SBN 212578) |
| 2 | Helen Chae MacLeod (SBN 206618) |
|   | HOWREY LLP |
| 3 | 4 Park Plaza, Suite 1700 |
|   | Irvine, CA 92614 |
| 4 | Telephone: (949) 721-6900 |
|   | Facsimile: (949) 721-6910 |
| 5 | Email: goodingr@howrey.com |
|   | Email: darmerr@howrey.com |
| 6 | Email: macleodh@howrey.com |
| 7 | Attorneys for HOWREY LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No. C-07-4580 MHP |
| Plaintiff, | ) **FILER'S ATTESTATION PURSUANT TO LOCAL GENERAL ORDER 45 REGARDING THE FILING OF NON-PARTY HOWREY LLP'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT KENT H. ROBERTS' REQUEST FOR PRODUCTION OF ATTORNEY NOTES, AND THE DECLARATION OF ROBERT E. GOODING, JR. IN SUPPORT OF THEREOF** |
| vs. | |
| KENT H. ROBERTS, | |
| Defendant. | |
| | ) Hearing Date:  February 25, 2008 |
| | ) Time:          2:00 p.m. |
| | ) Courtroom:     15 |
| | ) Judge:         Hon. Marilyn H. Patel |

---

**HOWREY LLP**

FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S OPP. TO ROBERTS' REQUEST FOR PRODUCTION OF ATTORNEY NOTES, AND THE DECL. OF ROBERT E. GOODING, JR. (Case No. C-07-4580 MHP)

DM_US:21024594_1

**FILER'S ATTESTATION**

I, Helen Chae MacLeod, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to Non-Party Howrey LLP's Memorandum of Points and Authorities in Opposition to Defendant Kent H. Roberts' Request for Production of Attorney Notes, and the Declaration of Robert E. Gooding, Jr. in support thereof.

Executed this 15th day of February 2008, in Irvine, California.

                                             /s/  Helen C. MacLeod

                                             Helen Chae MacLeod

HOWREY LLP

-1-

FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S OPP. TO ROBERTS' REQUEST FOR PRODUCTION OF ATTORNEY NOTES, AND THE DECL. OF ROBERT E. GOODING, JR. (Case No. C-07-4580 MHP)

DM_US:21024594_1