COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT H. ROBERTS,<br><br>Defendant. | Case No.  C 07-04580 MHP<br><br>**AMENDED AND CORRECTED DECLARATION OF EINAT SANDMAN CLARKE IN SUPPORT OF DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP, THE DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT THEREOF AND EXHIBITS D, E, F, J, K, N, O, R, S, T & U TO THE DECLARATION OF WILLIAM S. FREEMAN**<br><br>Judge:     Hon. Marilyn H. Patel |

I, Einat Sandman Clarke, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Cooley Godward Kronish LLP, counsel of record for defendant Kent Roberts ("Roberts"). The following facts are based on personal knowledge or on information and belief based upon my review of documents and sources I believe to be trustworthy.

///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.   AMENDED DECL. OF E. S. CLARKE I/S/O MOTION TO FILE UNDER SEAL PORTIONS OF MTC, PORTIONS OF FREEMAN DECL. & EXHIBITS - CASE NO. C-07-4580 MHP

2. The Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP and the Declaration of William S. Freeman in Support of Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP ("Freeman Declaration") refers to and contains documents that have been designated confidential subject to a Stipulation and Protective Order entered into in this case on November 16, 2007 ("*Roberts* Protective Order") and a Protective Order ("*Weiss* Protective Order") entered in the arbitration proceeding of *Kevin Weiss v. McAfee, Inc.*, American Arbitration Association, No. 71 166 00038 07 ("*Weiss* Arbitration").

3. Attached hereto as Exhibit A is a true and correct copy of the *Roberts* Protective Order.

4. Attached hereto as Exhibit B is a true and correct copy of the *Weiss* Protective Order.

5. Defendant received the documents subject to the *Weiss* Protective Order from the government in the course of discovery, and has been informed by counsel for Kevin Weiss and McAfee, Inc. ("McAfee") that the documents are sealable. Attached hereto as Exhibit C is a correspondence between Roberts' counsel and counsel for Kevin Weiss regarding the documents that Defendant has moved to file under seal.

6. Roberts' counsel has advised counsel for both parties in the *Weiss* Arbitration of the filing of Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP, and that the Freeman Declaration contains documents that have been designated confidential under the *Weiss* Protective Order. Roberts' counsel referred both parties to their obligations regarding the sealed documents under Civil Local Rule 79-5. Courtesy copies of the Motion to Compel and supporting documents have been sent to counsel for Kevin Weiss and McAfee.

7. Exhibit D to the Freeman Declaration contains excerpts from the Deposition of Transcript of Robert E. Gooding, Jr., taken in the course of the *Weiss* Arbitration.

8. Exhibit O to the Freeman Declaration contains excerpts from the Deposition of Transcript of David T. Bartels, taken in the course of the *Weiss* Arbitration.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

AMENDED DECL. OF E. S. CLARKE I/S/O MOTION TO FILE UNDER SEAL PORTIONS OF MTC, PORTIONS OF FREEMAN DECL. & EXHIBITS - CASE NO. C-07-4580 MHP

9. McAfee, through Howrey LLP ("Howrey"), has advised Roberts' counsel that it believes Exhibits E and R to the Freeman Declaration are confidential and should be filed under seal. In accordance with the *Roberts* Protective Order and Local Rule 79-5, Roberts' counsel has moved to file these documents under seal. Howrey has been served with copies of these documents.

10. McAfee has designated documents currently filed under Exhibit F, J, K, N, R, S, T and U to the Freeman Declaration as "confidential." In accordance with the *Roberts* Protective Order and Local Rule 79-5, Roberts' counsel has moved to file these documents under seal. Howrey has been served with copies of these documents.

11. There are portions of Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP that refer to information designated confidential under the *Weiss* Protective Order and the *Roberts* Protective Order. Pursuant to Local Rule 79-5(c) and (d), a public version of the Motion to Compel has been electronically filed with the Court.

12. There are portions of the Freeman Declaration that refer to information designated confidential under the *Roberts* Protective Order. Pursuant to Local Rule 79-5(c) and (d), a public version of the Motion to Compel has been electronically filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2008, at Palo Alto, California.

/s/
Einat Sandman Clarke

768450 v1/PA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

AMENDED DECL. OF E. S. CLARKE I/S/O MOTION TO FILE UNDER SEAL PORTIONS OF MTC, PORTIONS OF FREEMAN DECL. & EXHIBITS - CASE NO. C-07-4580 MHP