# EXHIBIT C


10kWIZARD
SEC POWER SEARCH

# Form 8-K

McAfee, Inc. - MFE

Filed: August 18, 2006 (period: August 15, 2006)

Report of unscheduled material events or corporate changes.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K
CURRENT REPORT
Pursuant to Section 13 or 15(d) of
The Securities Exchange Act of 1934
Date of Report: August 15, 2006
(Date of earliest event reported)

# McAFEE, INC.
(Exact Name of Registrant as specified in Charter)

| Delaware | Commission File No.: | 77-0316593 |
|---|---|---|
| (State or other Jurisdiction of incorporation) | 001-31216 | (I.R.S. Employer Identification No.) |

**3965 Freedom Circle
Santa Clara, California 95054**
(Address of Principal Executive Offices, including zip code)
**(408) 346-3832**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 8.01 Other Events.**

McAfee, Inc. (the "Company") has received a grand jury subpoena from the U.S. Attorney's Office for the Northern District of California relating to the Company's previously disclosed termination of the employment of Kent Roberts, the Company's former general counsel, his options-related activities, and the Company's previously announced investigation. The Company is continuing to fully cooperate with the U.S. Attorney's Office.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

### MCAFEE, INC.

| | |
|---|---|
| Date: August 18, 2006 | By: /s/ Eric F. Brown |
| | Eric F. Brown |
| | Chief Operating Officer and Chief Financial Officer |

Created by 10KWizard    www.10KWizard.com    Source: McAfee, Inc., 8-K, August 18, 2006