1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:      (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   SECURITIES AND EXCHANGE                    Case No.  C 07-04580 MHP
13 COMMISSION,
                                              **EXHIBIT F**
14            Plaintiff,
                                              TO THE CORRECTED DECLARATION OF
15       v.                                   WILLIAM S. FREEMAN IN SUPPORT OF
                                              DEFENDANT KENT H. ROBERTS'
16 KENT H. ROBERTS,                           MOTION TO COMPEL PRODUCTION OF
                                              DOCUMENTS FROM THIRD PARTY
17            Defendant.                      HOWREY LLP

18                                            Date:     February 25, 2008
                                              Time:     2:00 p.m.
19                                            Judge:    Hon. Marilyn H. Patel

20
                                              DISCOVERY MATTER
21

22                          *CONFIDENTIAL*
                  *DOCUMENT SUBMITTED UNDER SEAL*
23              *PURSUANT TO CIV. L.R. 79-5(b) and (d)*

24

25

26

27

28
                                    EX. F TO CORRECTED DECL. OF W. FREEMAN I/S/O
                                    MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM
                                    THIRD PARTY HOWREY LLP - CASE NO.  C-07-4580 MHP