# EXHIBIT G

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  MARIA V. MORRIS (223903)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   swilliams@lerachlaw.com
6  mwinkler@lerachlaw.com
   mmorris@lerachlaw.com
7
   Co-Lead Counsel for Plaintiffs
8  [Additional counsel appear on signature page.]

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

| | |
|---|---|
| 12  HEAVY & GENERAL LABORERS' LOCALS<br>     472 & 172 PENSION & ANNUITY FUNDS<br>13  and KENNETH DOSSETT, Derivatively on<br>     Behalf of McAFEE, INC.,<br>14<br>                    Plaintiffs,<br>15       vs.<br>16  GEORGE SAMENUK, STEPHEN C.<br>     RICHARDS, KEVIN M. WEISS, KENT H.<br>     ROBERTS, ERIC F. BROWN, LESLIE G.<br>17  DENEND, ROBERT M. DUTKOWSKY,<br>     DENIS J. O'LEARY, ROBERT W. PANGIA,<br>18  ROBERT B. BUCKNAM, LIANE S. WILSON,<br>     DALE L. FULLER, VERNON EUGENE<br>19  HODGES, VIRGINIA GEMMELL, EDWIN<br>     HARPER, SYLVIA GARCIA-LECHELT,<br>20  EVAN S. COLLINS, WILLIAM L. LARSON,<br>     DENNIS L. CLINE, ZACHARY A. NELSON,<br>21  PRABHAT K. GOYAL, PETER R. WATKINS<br>     and ARTHUR MATIN,<br>22<br>                    Defendants,<br>23       – and –<br>24  McAFEE, INC., a Delaware corporation,<br>                 Nominal Defendant.<br>25<br>     In re MCAFEE, INC. DERIVATIVE<br>26  LITIGATION<br>27 | Master File No. 5:06-cv-03484-JF<br><br>[CORRECTED] CONSOLIDATED<br>VERIFIED SHAREHOLDER DERIVATIVE<br>COMPLAINT FOR VIOLATION OF THE<br>FEDERAL SECURITIES LAWS AND<br>STATE LAW CLAIMS FOR BREACH OF<br>FIDUCIARY DUTY, ABUSE OF<br>CONTROL, CONSTRUCTIVE FRAUD,<br>CORPORATE WASTE, UNJUST<br>ENRICHMENT, GROSS<br>MISMANAGEMENT, BREACH OF<br>CONTRACT, ACTION FOR AN<br>ACCOUNTING AND VIOLATION OF<br>CALIFORNIA CORPORATIONS CODE<br><br><br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

28

1        (vi)    Reform executive compensation.

2    D.    Ordering the imposition of a constructive trust over defendants' stock options and any proceeds derived therefrom;

4    E.    Awarding punitive damages;

5    F.    Awarding costs and disbursements of this action, including reasonable attorneys', accountants', and experts' fees; and

7    G.    Granting such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury.

DATED: September 28, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
MARIA V. MORRIS


                /s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

T:\CasesSF\McAfee Derivative\CPT00035239.doc

[CORRECTED] CONS VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATION
OF THE FEDERAL SECURITIES LAWS AND STATE LAW CLAIMS - 5:06-cv-03484-JF    - 79 -