# EXHIBIT L

Pangia, Robert 1/8/2008 10:06:00 AM

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4               CASE NO. C07-04580 MHP
 5    ------------------------------x
 6    SECURITIES AND EXCHANGE COMMISSION,
 7              Plaintiff,
 8        -v-
 9    KENT H. ROBERTS,
10              Defendant.
11    ------------------------------x
12
13                January 8, 2008
14                10:06 a.m.
15         Deposition of ROBERT PANGIA, taken by
16    Counsel for the Defendant, at the offices of
17    Cooley Godward Kronish LLP, 1114 Avenue of the
18    Americas, New York, New York, before Anita T.
19    Shemin, a Certified Shorthand Reporter and
20    Notary Public within and for the State of
21    New York.
```

**Page 2**

```
 1    APPEARANCES:
 2        UNITED STATES SECURITIES AND
          EXCHANGE COMMISSION
 3        Attorneys for the Plaintiff
          100 F STREET, N.W.
 4        Washington, D.C. 20549-4631
          BY: MATTHEW D. STRADA, ESQ.
 5            STEPHEN L. COHEN, ESQ.
 6
 7        COOLEY GODWARD KRONISH LLP
          Attorneys for the Defendant
 8        Five Palo Alto Square
          3000 El Camino Real
 9        Palo Alto, California 94306-2155
          BY: NEAL STEPHENS, ESQ.
10
11
          WILSON SONSINI GOODRICH & ROSATI, P.C.
12        Attorneys for the Witness
          650 Page Mill Road
13        Palo Alto, California 94304-1050
          BY: RODNEY G. STRICKLAND, JR., ESQ.
14            CLAYTON BASSER-WALL, ESQ.
15
16    ALSO PRESENT:
17        OSMANY CABRERA, Videographer
18        KENT ROBERTS
```

**Page 3**

```
 1                    INDEX
 2    WITNESS       EXAMINATION BY       PAGE
 3    Robert Pangia    Mr. Stephens      5, 188
 4                     Mr. Strada        171
 5                    EXHIBITS
 6    Exhibit 51, Form 3                          30
 7    Exhibit 52, Form 3 filed 1/10/02            33
 8    Exhibit 53, Grant Recap Report              36
 9    Exhibit 54, 7/16/03 press release           66
10    Exhibit 55, Document, MFESEC01997 - 1998    74
11    Exhibit 56, Document, MFEUSAO000976 - 978   80
12    Exhibit 57, Document, MFEUSAO009432 - 9433  96
13    Exhibit 58, 1/15/02 Audit Committee minutes 98
14    Exhibit 59, Document, MFESEC014948 - 4950   100
15    Exhibit 60, Document, MFESEC003421 - 3423   103
16    Exhibit 61, Document, MFEUSAO017902 - 7903  156
17    Exhibit 62, Document, MFEUSAO016668 - 6670  158
18    Exhibit 63, 10/23 board minutes             163
19    Exhibit 64, Document titled "Special Committee 165
20    of McAfee, Inc." dated 11/2/06
21    Exhibit 65, Document, MFEKRS-RP00001 - 645  168
22    Exhibit 66, 9/30/04 e-mail, SAMNENUK 4543   171
23    - 4545
```

**Page 4**

```
 1                Tuesday, January 8, 2008
 2                New York, New York
 3
 4         THE VIDEOGRAPHER: Good morning. This
 5    begins Tape No. 1 in the videotaped deposition of
 6    Robert Pangia on Tuesday, January, 8th, 2008, in the
 7    matter of Securities and Exchange Commission,
 8    Plaintiff, versus Kent Roberts, Defendant, in the
 9    United States District Court, Northern District of
10    California, Case No. C07-04580 MHP, in the San
11    Francisco Division.
12         This deposition is being held at the law
13    Offices of Cooley Godward Kronish LLP located at
14    1114 Avenue of the Americas. The time now is 10:06.
15         My name is Osmany Cabrera, and I am the
16    legal video specialist on behalf of Alderson Court
17    Reporting. The certified court reporter is Anita
18    Shemin, also on behalf of Alderson Court Reporting,
19    which is located at 600 Fifth Avenue, Suite 1200,
20    New York, Zip Code 10020.
21         Will counsel please introduce themselves
22    for the record.
23         MR. STRICKLAND: Rod Strickland, from
24    Wilson Sonsini, for the witness.
25         MR. BASSER-WALL: Clay Basser-Wall, from
```

Pangia, Robert 1/8/2008 10:06:00 AM

Page 21

1 side, audit function, obviously, right?
2   A   Absolutely.
3   Q   And you were aware of the internal audit
4 function, right?
5   A   Absolutely.
6   Q   And you are aware of what the Finance
7 Department does generally on a day-to-day basis,
8 correct?
9   A   Emphasize generally, yes. I don't get
10 into the bowels of their work on a day-to-day basis.
11   Q   I understand that, Mr. Pangia.
12       I want to get back to the one question,
13 which is: Who is responsible for handling the
14 accounting of the books and records or McAfee's
15 financial statements regarding their options grants?
16   A   I believe there was a stock administration
17 function.
18   Q   And what department was that in?
19   A   That was in Finance.
20   Q   At any point during your tenure, did you
21 ever go to the Finance Department to review the
22 accounting ledgers to see how your personal options
23 were being accounted for?
24   A   No.
25   Q   Why not?

Page 22

1   A   Because it was not an area of particular
2 interest to me at that point, and I made some
3 assumptions about the correctness of the grants.
4   Q   Okay. And the accounting was being
5 handled by somebody else, correct?
6   A   Yes.
7   Q   To be fair to Anita, Mr. Pangia, I forgot
8 one instruction, which is to please say yes or no,
9 don't nod or shrug your shoulders, that type of
10 stuff, because she can't take that down.
11   A   Fair enough.
12   Q   So I apologize.
13       All right. So you weren't on the board in
14 2000, correct?
15   A   Correct, yes. Yes, I was not.
16   Q   Have you ever spoken to Terry Davis?
17   A   No, I have not.
18   Q   Have you ever spoken to anyone who was
19 responsible for handling the accounting for stock
20 options at McAfee in 2000?
21       MR. STRICKLAND: Objection, calls for
22 speculation.
23       MR. STRADA: Join.
24   A   In 2000, no, I did not.
25   Q   And just so I want to make sure I have a

Page 23

1 clear record, my question isn't did you speak with
2 someone in 2000 about it, my question is, did you
3 ever, during your tenure on McAfee's board, speak to
4 anyone who was responsible for either running or
5 accounting for options at McAfee during 2000?
6       MR. STRICKLAND: Speak to them ever or
7 speak to them about the accounting for options?
8       MR. STEPHENS: Speak to them about the
9 accounting for options in 2000.
10   A   I would say no, I did not. And the reason
11 for that is that the Chief Financial Officer, who
12 that function reported into, Steve Richards, I
13 believe started at McAfee a few months after I
14 joined the board, and so he was, again, responsible
15 for that function for most of my tenure on the board
16 until they had a new CFO, Eric Brown.
17   Q   All right. Have you ever spoken with
18 Prabhat Goyal?
19   A   No.
20   Q   Have you ever spoken with Bill Larson?
21   A   No, I have not.
22   Q   Have you ever spoken with Bob Stavers of
23 Price Waterhouse?
24   A   Yes.
25   Q   Did you ever speak with Mr. Stavers about

Page 24

1 the options program at McAfee during the 2000 time
2 period?
3   A   I believe there was a meeting with PWC and
4 other auditors, that Stavers was there, and one of
5 the topics was the accounting for stock options, but
6 I don't recall the specific date of that meeting.
7   Q   Would that have been in April of 2002?
8   A   I thought it was later than that.
9   Q   Okay. Have you ever spoken with anyone
10 else -- well, let me strike that.
11       Do you know if as part of the Special
12 Committee's investigation in 2006 and 2007, anyone
13 went back and spoke to Mr. Terry Davis about
14 McAfee's stock option policies in 2000?
15       MR. STRICKLAND: I am going to object that
16 anything that you learned from Howrey folks, we are
17 going to assert as privileged. If you know, you can
18 tell them, but don't disclose your conversations
19 with the people from Howrey.
20   A   Well, my knowledge would have come in
21 connection with the special investigation, so -- so
22 if that is privileged, then the answer is I don't
23 know.
24   Q   Okay. So let me ask this: Have you ever
25 had any conversation with any board member where

Pangia, Robert  1/8/2008  10:06:00 AM

**Page 149**

1  it.
2  Q  Did either Mr. O'Leary or Mr. Dutkowsky
3  say anything about McAfee's 2001 focal grant?
4  A  I don't recall.
5  Q  Okay. All right. I may have asked you
6  again, but let me just cross it off, and I will
7  apologize if I have. The board made a decision to
8  terminate Mr. Roberts on May 29th, correct?
9  A  I don't have the specific date, but it was
10  shortly after learning about --
11  Q  Okay. It was right around Memorial Day,
12  right?
13  A  Sometime in May.
14  Q  I am not quizzing you on the date.
15  A  Okay.
16  Q  Just in late May, after the shareholders
17  meetings, shortly after the shareholders meeting,
18  the board made a decision to terminate Mr. Roberts,
19  right?
20  A  Correct.
21  Q  Before the decision was made to terminate
22  Mr. Roberts, had anyone spoken to Mr. Terry Davis
23  about the events surrounding Mr. Roberts' 2000
24  option?
25      MR. STRADA: Objection, lack of

**Page 150**

1  foundation.
2  A  That, I don't know.
3  Q  Did anyone suggest that someone should
4  talk to Mr. Davis before making a decision on
5  Mr. Roberts?
6  A  I don't know.
7  Q  You can't recall?
8  A  I can't recall.
9  Q  Do you know what Project Shield is?
10  A  Project Shield? I don't.
11  Q  Have you ever heard of it?
12  A  Again, it sounds familiar. We use code
13  names for dates when we do, and that could have been
14  a code name, but I don't have specifics.
15  Q  All right. Let me turn back. We kind of
16  gotten into the subject of the special investigation
17  before I was planning on getting into it, so I am
18  going to try my best not to be duplicative here.
19  There are some predicate questions that I want to
20  ask you
21      You were not a member of the Special
22  Committee, correct?
23  A  Correct.
24  Q  That was other board members, right?
25  A  Correct.

**Page 151**

1  Q  Which board members served on the Special
2  Committee?
3  A  Chuck Robel, Bob Buckham and Fuller, Dale
4  Fuller.
5  Q  Now, the Howrey law firm was the firm
6  representing the Special Committee and doing the
7  investigation, correct?
8  A  Correct.
9  Q  Okay. The Howrey firm wasn't representing
10  you, correct?
11  A  Correct.
12  Q  Okay. And the Howrey firm wasn't
13  representing the entire board of directors, correct?
14      MR. STRICKLAND: Objection as to time
15  frame.
16      MR. STEPHENS: Okay. Fair enough.
17  A  Right.
18  Q  Let me rephrase.
19      The Howrey law firm wasn't representing
20  the entire board of directors as it was conducting
21  its investigation for the Special Committee in 2006
22  and 2007, correct?
23  A  You know, I don't have a recall of the
24  specific language in the engagement letter with
25  Howrey as to whether or not it was representing the

**Page 152**

1  board or the company. My guess -- my thought, it
2  was representing the company, Howrey.
3  Q  The company or the Special Committee?
4  A  I am sorry, the Special Committee.
5  Q  Okay. And you got into this in one of
6  your answers, I just want to follow up on it and
7  make sure I have exhausted it.
8      Were you kept apprised of the status of
9  the Howrey investigation?
10  A  As I said, we got regular updates as to
11  the process, but we were not apprised of the
12  findings. And even though we were sort of pressing
13  on it because we wanted to know what they had
14  learned, I think the process of both Howrey and the
15  Special Committee was let's get all of the
16  information gathered before we try to feed it out
17  piecemeal. So that was the process.
18  Q  When you say we, you are talking about the
19  entire board, correct?
20  A  Yes.
21  Q  Okay.
22  A  Excuse me.
23  Q  You said you got updates regarding the
24  process?
25  A  Yes.



193

ACKNOWLEDGEMENT

I, ROBERT PANGIA, hereby certify, I have read the transcript of my testimony taken under oath in my deposition of January 8, 2008, that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
ROBERT PANGIA

Sworn and subscribed to before me this _____ day of _____, 2008.

_____
Notary Public

194

CERTIFICATE
OF
CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter and Deposition Notary Public of the State of New York do hereby certify:

That the foregoing Deposition was taken before me at the time and place therein set forth, at which time the Witness was duly sworn by me.

That the testimony of the Witness and all objections made at the time of the Deposition were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of the proceedings thereof.

In witness whereof, I have subscribed my name this date, January 22, 2008.

_____
ANITA T. SHEMIN