1   COOLEY GODWARD KRONISH LLP
    STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2   WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
    SHANNON M. EAGAN (212830) (seagan@cooley.com)
3   EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA  94306-2155
5   Telephone:     (650) 843-5000
    Facsimile:      (650) 857-0663
6
    Attorneys for Defendant
7   Kent H. Roberts

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
    SECURITIES AND EXCHANGE              Case No.  C 07-04580 MHP
13  COMMISSION,
                                         **EXHIBIT N**
14              Plaintiff,
                                         **TO THE CORRECTED DECLARATION OF**
15         v.                            **WILLIAM S. FREEMAN IN SUPPORT OF**
                                         **DEFENDANT KENT H. ROBERTS'**
16  KENT H. ROBERTS,                     **MOTION TO COMPEL PRODUCTION OF**
                                         **DOCUMENTS FROM THIRD PARTY**
17              Defendant.               **HOWREY LLP**

18                                       Date:     February 25, 2008
                                         Time:     2:00 p.m.
19                                       Judge:   Hon. Marilyn H. Patel

20
                                         DISCOVERY MATTER
21

22                          *CONFIDENTIAL*
                *DOCUMENT SUBMITTED UNDER SEAL*
23            *PURSUANT TO CIV. L.R. 79-5(b) and (d)*

24

25

26

27

28
                                EX. N TO CORRECTED DECL. OF W. FREEMAN I/S/O
                              MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM
                              THIRD PARTY HOWREY LLP - CASE NO.  C-07-4580 MHP