1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12

13  SECURITIES AND EXCHANGE          Case No.  C 07-04580 MHP
    COMMISSION,
14                                   **EXHIBIT O**
              Plaintiff,
15                                   **TO THE CORRECTED DECLARATION OF**
       v.                            **WILLIAM S. FREEMAN IN SUPPORT OF**
16                                   **DEFENDANT KENT H. ROBERTS'**
    KENT H. ROBERTS,                 **MOTION TO COMPEL PRODUCTION OF**
17                                   **DOCUMENTS FROM THIRD PARTY**
              Defendant.             **HOWREY LLP**
18
                                     Date:    February 25, 2008
19                                   Time:    2:00 p.m.
                                     Judge:   Hon. Marilyn H. Patel
20

21                                   DISCOVERY MATTER

22              *CONFIDENTIAL*
         *DOCUMENT SUBMITTED UNDER SEAL*
23        *PURSUANT TO CIV. L.R. 79-5(b) and (d)*

24

25

26

27

28