| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | STEPHEN C. NEAL (170085) (nealsc@cooley.com) |
| 2 | WILLIAM S. FREEMAN (82002) (freemanws@cooley.com) |
| | SHANNON M. EAGAN (212830) (seagan@cooley.com) |
| 3 | EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com) |
| | Five Palo Alto Square |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 5 | Telephone:     (650) 843-5000 |
| | Facsimile:      (650) 857-0663 |

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 07-04580 MHP |
| Plaintiff, | **EXHIBIT R** |
| v. | TO THE CORRECTED DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT KENT H. ROBERTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP |
| KENT H. ROBERTS, | |
| Defendant. | |
| | Date:    February 25, 2008 |
| | Time:    2:00 p.m. |
| | Judge:   Hon. Marilyn H. Patel |
| | DISCOVERY MATTER |

*CONFIDENTIAL
DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO CIV. L.R. 79-5(b) and (d)*

EX. R TO CORRECTED DECL. OF W. FREEMAN I/S/O
MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM
THIRD PARTY HOWREY LLP - CASE NO.  C-07-4580 MHP