COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT H. ROBERTS,<br><br>　　　　　Defendant. | Case No. C 07-04580 MHP<br><br>**EXHIBIT S**<br><br>**TO THE CORRECTED DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT KENT H. ROBERTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP**<br><br>Date:　February 25, 2008<br>Time:　2:00 p.m.<br>Judge:　Hon. Marilyn H. Patel<br><br>DISCOVERY MATTER |

*CONFIDENTIAL*
*DOCUMENT SUBMITTED UNDER SEAL*
*PURSUANT TO CIV. L.R. 79-5(b) and (d)*