1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   SECURITIES AND EXCHANGE              Case No.  C 07-04580 MHP
13 COMMISSION,
                                        **EXHIBIT U**
14              Plaintiff,
                                        **TO THE CORRECTED DECLARATION OF**
15       v.                             **WILLIAM S. FREEMAN IN SUPPORT OF**
                                        **DEFENDANT KENT H. ROBERTS'**
16 KENT H. ROBERTS,                     **MOTION TO COMPEL PRODUCTION OF**
                                        **DOCUMENTS FROM THIRD PARTY**
17              Defendant.              **HOWREY LLP**

18                                      Date:    February 25, 2008
                                        Time:    2:00 p.m.
19                                      Judge:   Hon. Marilyn H. Patel

20
                                        DISCOVERY MATTER
21

22                         *CONFIDENTIAL*
              *DOCUMENT SUBMITTED UNDER SEAL*
23          *PURSUANT TO CIV. L.R. 79-5(b) and (d)*

24

25

26

27

28