COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>KENT H. ROBERTS,<br><br>          Defendant. | Case No.  C 07-04580 MHP<br><br>**PROOF OF SERVICE**<br>**(FRCP 5)**<br><br>Date:   February 25, 2008<br>Time:   2:00 p.m.<br>Judge:  Hon. Marilyn H. Patel<br><br>DISCOVERY MATTER |

    I am a citizen of the United States and a resident of the State of California.  I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California  94306-2155.  On the date set forth below I served the documents described below in the manner described below:

*Confidential Document Submitted Under Seal Pursuant to Civ. L.R. 79-5(c) and (d):*

1. Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

*Confidential Document Submitted Under Seal Pursuant to Civ. L.R. 79-5(b) and (d):*

1. Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

2. Exhibit D to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

3. Exhibit E to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

4. Exhibit F to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

5. Exhibit J to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

6. Exhibit K to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

7. Exhibit N to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

8. Exhibit O to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

9. Exhibit R to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

10. Exhibit S to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

11. Exhibit T to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

12. Exhibit U to the Corrected Declaration of William S. Freeman in Support of Defendant Kent H. Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768501 v1/PA

**2**

**PROOF OF SERVICE**
**C 07-04580 MHP**

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

on the following part(ies) in this action:

>Stephen L. Cohen  (cohens@sec.gov)
>Matthew D. Strada (stradam@sec.gov)
>Securities & Exchange Commission
>Division of Enforcement
>100 F Street, NE
>Washington, DC  20549
>
>Robert Gooding, Esq.
>Howrey LLP
>4 Park Plaza
>Suite 1700
>Irvine, CA 92614
>
>Rod Strickland, Esq.
>Wilson Sonsini Goodrich & Rosati
>650 Page Mill Road
>Palo Alto, CA 94304

Executed on February 20, 2008 at Palo Alto, California.

/s/
Catherine R. Galan

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768501 v1/PA

**3**

**PROOF OF SERVICE**
**C 07-04580 MHP**