U.S. SECURITIES AND EXCHANGE COMMISSION
STEPHEN L. COHEN (cohens@sec.gov)
100 F Street, N.E.
Washington, D.C.  20549-4030
Telephone: (202) 551-4472
Facsimile: (202) 772-9245
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT H. ROBERTS,<br><br>　　　　　Defendant. | Case No.  C 07-04580 MHP<br><br>**EX PARTE MOTION FOR ADMINISTRATIVE RELIEF (TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 25, 2008)** |

　　　　The Securities and Exchange Commission, through undersigned counsel, pursuant to Civil Local Rule 7-11, respectfully moves the Court for an Order postponing the hearing scheduled for Monday, February 25, 2008, at 2:00 p.m., on Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP.  At a discovery hearing held on January 30, 2008, the Court ordered the parties to file briefs on the Defendant's motion on or before February 15, 2008. The SEC did not file a brief on this issue, as the motion seeks to compel documents of a third party and seeks nothing directly from the SEC.  Defendant's brief, however, makes certain characterizations (not wholly accurate) regarding the SEC's actions, which seem to form the predicate, at least in part, of Defendant's motion.  As a result, the SEC has an interest in being

present for this hearing.

Undersigned counsel (lead counsel and the only trial counsel authorized to represent the Commission in this matter) will be in Puerto Rico on Monday, February 25, on a pre-paid family vacation scheduled last year, planned specifically around the aggressive discovery schedule proposed by Defendant (Defendant has already taken approximately 12 depositions in six states since December, although they have been extremely professional in scheduling-related issues to date). Upon receiving and reviewing the briefs filed a few days ago, undersigned counsel contacted the Court's staff in an effort to appear telephonically. The SEC was informed today by the Court's staff that such a telephonic appearance during an in-person hearing would be impracticable because of the courtroom technology. The SEC immediately contacted the other counsel involved in this matter and, unable to obtain a stipulation, files the instant motion seeking administrative relief.

No party is prejudiced by this request as discovery does not close in this matter until July 10, 2008. Accordingly, a brief continuance would not interfere with the discovery schedule, and Defendant has proceeded to take depositions expeditiously even without first seeking to resolve this issue. Nonetheless, Bill Freeman, counsel to Defendant, informs me that he opposes the SEC's request. Robert Gooding, counsel to Howrey, who will also be attending the hearing from out of town, does not oppose the SEC's request. For the reasons stated herein, the SEC respectfully requests a brief, 1-2 week continuance of the hearing[1] so that undersigned counsel can attend.

---

[1] Since undersigned counsel has to be in San Francisco for a deposition scheduled by the Defendant on Tuesday, March 11, the SEC requests that the hearing be postponed until Monday, March 10. If the Court views that as too long to wait, however, undersigned counsel can attend on March 3. If the instant motion is not resolved before the hearing, undersigned counsel will be available by telephone if that would be helpful to the Court.

2.

Ex Parte Motion For Administrative
Relief (To Continue Hearing)
C 07-04580 MHP

DATED: February 21, 2008

SECURITIES AND EXCHANGE COMMISSION

_____/s/_____
Stephen L. Cohen

Attorney for Plaintiff Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. I am a citizen of the United States and a resident of the District of Columbia. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE, Washington, D.C. 20549-4030. On the date set forth below, I served the attached Ex Parte Motion for Adminstrative Relief in the manner described below:

[X] **U.S. MAIL:** I caused the above document to be placed in a sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated belowt.

on the following counsel of record:

William S. Freeman  
Cooley Godward Kronish LLP  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA  94306-2155  
freemanws@cooley.com

Robert E. Gooding, Jr.  
Howrey LLP  
4 Park Plaza, Suite 1700  
Irvine, CA  92614  
goodingr@howrey.com

Executed on February 21, 2008, at Washington, D.C.

_____  
STEPHEN L. COHEN

4.

Ex Parte Motion For Administrative Relief (To Continue Hearing)  
C 07-04580 MHP