1  U.S. SECURITIES AND EXCHANGE COMMISSION
   STEPHEN L. COHEN (cohens@sec.gov)
2  100 F Street, N.E.
   Washington, D.C. 20549-4030
3  Telephone: (202) 551-4472
   Facsimile: (202) 772-9245
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   v.<br><br>KENT H. ROBERTS,<br><br>          Defendant. | Case No.  C 07-04580 MHP<br><br>**[PROPOSED] ORDER VACATING HEARING SCHEDULED FOR FEBRUARY 25, 2008 AND RE-SCHEDULING HEARING ON DEFENDANT'S MOTION TO COMPEL** |

   Having reviewed the Securities and Exchange Commission's Motion to Continue Hearing pursuant to Local Rule 7-11, and good cause appearing therefore,

   IT IS HEREBY ORDERED that:

   The Securities and Exchange Commission's Motion is **GRANTED**;

   IT IS FURTHER ORDERED that the hearing set for February 25, 2008, is vacated;

1 | IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Compel Production of Documents is reset for March _____, 2008, at _____.

**IT IS SO ORDERED.**

DATED: February____, 2008

_____
**HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE**

2.  ORDER GRANTING EX PARTE MOTION FOR ADMINISTRATIVE RELIEF (TO CONTINUE HEARING)   C 07-04580 MHP