1  Robert E. Gooding, Jr. (SBN 50617)
   Roman E. Darmer (SBN 212578)
2  Helen Chae MacLeod (SBN 206618)
   HOWREY LLP
3  4 Park Plaza, Suite 1700
   Irvine, CA 92614
4  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
5  Email: goodingr@howrey.com
   Email: darmerr@howrey.com
6  Email: macleodh@howrey.com

7  Attorneys for HOWREY LLP

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 SECURITIES AND EXCHANGE            )  Case No. C-07-4580 MHP
   COMMISSION,                        )
12                                    )  **[PROPOSED] ORDER RE MOTION FOR**
              Plaintiff,              )  **ADMINISTRATIVE RELIEF**
13                                    )
        vs.                           )    **(1) TO SUBMIT REPLY BRIEFS WITH**
14                                    )    **RESPECT TO, AND**
   KENT H. ROBERTS,                   )    **(2) TO CONTINUE THE FEBRUARY 25,**
15                                    )    **2008 HEARING ON**
              Defendant.              )
16                                    )  **DEFENDANT KENT H. ROBERTS'**
                                      )  **REQUEST FOR PRODUCTION OF**
17                                    )  **DOCUMENTS FROM THIRD PARTY**
                                      )  **HOWREY LLP**
18                                    )
                                      )  Hearing Date:
19                                    )  Time:
                                      )
20                                    )  Courtroom:   15
                                      )  Judge:       Hon. Marilyn H. Patel
21                                    )

1    Having reviewed Non-Party Howrey LLP's Motion for Administrative Relief (1) to File Reply Brief to And (2) to Continue The February 25, 2008 Hearing on Defendant Kent H. Roberts' Request for Production of Documents From Third Party Howrey LLP,

IT IS HEREBY ORDERED THAT:

(1) Howrey and Defendant Roberts shall each be permitted to file, by 5:00 p.m. on February 26, 2008, five-page reply memoranda responding to the issues raised in the simultaneous submissions made on February 15, 2008; and,

(2) the February 25, 2008 hearing on Defendant Kent H. Roberts' Motion to Compel Production of Documents From Third Party Howrey LLP shall be vacated and continued to March 3, 2008, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: February __, 2008

_____
The Honorable Marilyn H. Patel
United Stated District Court Judge

HOWREY LLP

-2-
[PROPOSED] ORDER RE HOWREY'S MOTION FOR ADMIN. RELIEF RE REPLY & CONTINUANCE
Case No. C-07-4580 MHP

DM_US:21038145_1