1  U.S. SECURITIES AND EXCHANGE COMMISSION
   STEPHEN L. COHEN (cohens@sec.gov)
2  100 F Street, N.E.
3  Washington, D.C.  20549-4030
   Telephone: (202) 551-4472
4  Facsimile: (202) 772-9245
   Attorney for Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 SECURITIES AND EXCHANGE            Case No.  C 07-04580 MHP
   COMMISSION,
13                                    [Proposed] Order Vacating
                                      Hearing Scheduled for February
14              Plaintiff,            25, 2008 and Rescheduling hearing
                                      on Defendant's Motion to Compel
15       v.

16 KENT H. ROBERTS,

17              Defendant.

DENIED

Judge Marilyn H. Patel

18

19      Having reviewed the Securities and Exchange Commission's Motion to Continue Hearing

20 pursuant to Local Rule 7-11, and good cause appearing therefore,

21      IT IS HEREBY ORDERED that:

22      The Securities and Exchange Commission's Motion is **GRANTED**;

23      IT IS FURTHER ORDERED that the hearing set for February 25, 2008, is vacated;

24

25

26

27

28

Order Granting Ex Parte Motion For
Administrative Relief (To Continue
Hearing)        C 07-04580 MHP

1        IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Compel

2    Production of Documents is reset for March _____, 2008, at _____.

3        **IT IS SO ORDERED.**

4

5    DATED:   February _22_, 2008

6    _____
     **HONORABLE MARILYN H. PATEL**
     **UNITED STATES DISTRICT JUDGE**

7

8    DENIED

9

10   Judge Marilyn H. Patel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING EX PARTE MOTION FOR**
**ADMINISTRATIVE RELIEF (TO CONTINUE**
**HEARING)    C 07-04580 MHP**