COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT H. ROBERTS,<br><br>Defendant. | Case No. C 07-04580 MHP<br><br>**AMENDED AND CORRECTED [PROPOSED] ORDER GRANTING DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY HOWREY LLP, PORTIONS OF THE DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT THEREOF, AND EXHIBITS D, E, F, J, K, N, O, R, S, T & U TO THE DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT THEREOF**<br><br>Judge:   Hon. Marilyn H. Patel |

Having reviewed the submissions relating to Defendant Kent Roberts' Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP, Portions of the Declaration of William S. Freeman in Support Thereof, and Exhibits D, E, F, J, K, N, O, R, S, T & U to the Declaration of William S. Freeman in Support Thereof, pursuant to Civil Local Rule 79-5 and good cause appearing therefore,

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

AMENDED [PROPOSED] ORDER GRANTING ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MTC AND FREEMAN DECL., AND EXHIBITS - CASE NO. C-07-4580 MHP

1  IT IS HEREBY ORDERED that:

2  Defendant's Administrative Motion to File Under Seal Portions of Defendant's Motion to
3  Compel Production of Documents from Third Party Howrey LLP, Portions of the Declaration of
4  William S. Freeman in Support Thereof, and Exhibits D, E, F, J, K, N, O, R, S, T & U to the
5  Declaration of William S. Freeman in Support Thereof is GRANTED;

6  IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow Defendant to
7  file under seal the following documents:

8  1. Exhibit D to the Declaration of William S. Freeman in Support of
9     Defendant's Motion to Compel Production of Documents from Third
10    Party Howrey LLP;

11 2. Exhibit E to the Declaration of William S. Freeman in Support of
12    Defendant's Motion to Compel Production of Documents from Third
13    Party Howrey LLP;

14 3. Exhibit F to the Declaration of William S. Freeman in Support of
15    Defendant's Motion to Compel Production of Documents from Third
16    Party Howrey LLP;

17 4. Exhibit J to the Declaration of William S. Freeman in Support of
18    Defendant's Motion to Compel Production of Documents from Third
19    Party Howrey LLP;

20 5. Exhibit K to the Declaration of William S. Freeman in Support of
21    Defendant's Motion to Compel Production of Documents from Third
22    Party Howrey LLP;

23 6. Exhibit N to the Declaration of William S. Freeman in Support of
24    Defendant's Motion to Compel Production of Documents from Third
25    Party Howrey LLP;

26 7. Exhibit O to the Declaration of William S. Freeman in Support of
27    Defendant's Motion to Compel Production of Documents from Third
28    Party Howrey LLP;

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

AMENDED [PROPOSED] ORDER GRANTING ADM. MOTION
TO FILE UNDER SEAL PORTIONS OF MTC AND FREEMAN
DECL., AND EXHIBITS - CASE NO. C-07-4580 MHP

1  8.  Exhibit R to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

9. Exhibit S to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

10. Exhibit T to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

11. Exhibit U to the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP;

12. Portions of the Declaration of William S. Freeman in Support of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP, at 1:28-2:10 and 4:20-22;

13. Portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP, at 2:24-3:8, 3:13-16, 3:21-4:13, 11:15-16, and 12:2-4.

**IT IS SO ORDERED.**

Dated: February 22, 2008

_____
**IT IS SO ORDERED**

*[Signature]*

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

AMENDED [PROPOSED] ORDER GRANTING ADM. MOTION TO FILE UNDER SEAL PORTIONS OF MTC AND FREEMAN DECL., AND EXHIBITS - CASE NO. C-07-4580 MHP