**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.  CV 07-4580 MHP          Judge:  MARILYN H. PATEL

Title:  SEC -v- KENT H. ROBERTS

Attorneys:   Plf: no appearance
             Dft: William Freeman
             Non-party: Robert Gooding

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)  Further Discovery Hearing/Motion to Compel

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion re discovery over issues in dispute; Further briefing to be submitted not later than 2/29/2008;