1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4                         SAN FRANCISCO DIVISION
5

| | |
|---|---|
| 6  SECURITIES AND EXCHANGE COMMISSION, | ) CASE NO.: C-07-4580 MHP |
| 7            Plaintiff, | ) [PROPOSED] ORDER REGARDING DEFENDANT KENT ROBERTS' |
| 8      v. | ) ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, J, K, T, |
| 9  KENT H. ROBERTS, | ) AND U TO THE DECLARATION OF WILLIAM S. FREEMAN |
| 10           Defendant. | ) [Local Rule 79-5] |
| 11 | ) Judge: Hon. Marilyn H. Patel |

12
13

On February 22, 2008, this Court granted defendant Kent Roberts' Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents From Third Party Howrey LLP, Portions of the Declaration Of William S. Freeman in Support Thereof, and Exhibits D, E, F, J, K, N, O, R, S, T and U to the Declaration of William S. Freeman in Support Thereof (the "Freeman Declaration"), and directed the Clerk of the Court to allow defendant to file certain documents under seal. *See* Docket No. 43.

On February 27, 2008, McAfee and McAfee director Robert Pangia filed a declaration pursuant to Local Rule 79-5(d) regarding Exhibits F, J, K, T and U to the Declaration of William S. Freeman (the "Freeman Declaration"). Having reviewed the declaration, and good cause appearing therefor, the Court finds as follows:

1. Exhibit F to the Freeman Declaration constitutes "Confidential" information under the Protective Order and shall remain under seal pursuant to Local Rule 79-5.

2. Exhibit J to the Freeman Declaration constitutes "Confidential" information under the Protective Order shall remain under seal pursuant to Local Rule 79-5.

1   3. Exhibit K to the Freeman Declaration constitutes "Confidential" information under the
2   Protective Order shall remain under seal pursuant to Local Rule 79-5.

3   4. Exhibit T to the Freeman Declaration constitutes "Confidential" information under the
4   Protective Order shall remain under seal pursuant to Local Rule 79-5.

5   5. Exhibit U to the Freeman Declaration constitutes "Confidential" information under the
6   Protective Order shall remain under seal pursuant to Local Rule 79-5.

7

8   IT IS SO ORDERED.

9
           _____
10                   Hon. Marilyn H. Patel

---

-2-                                                                         3300609_1.DOC

DECLARATION OF RODNEY G. STRICKLAND ISO DEFENDANT KENT ROBERTS' ADMINISTRATIVE
MOT. TO FILE UNDER SEAL EXS. F, J. K, T, AND U TO THE DECLARATION OF WILLIAM FREEMAN
CASE NO.: C-07-4580 MHP