1  BORIS FELDMAN, State Bar No. 128838
   RODNEY G. STRICKLAND, State Bar No. 161934
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5

6  CLAYTON BASSER-WALL, State Bar No. 209100
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   8911 Capital of Texas Highway North
8  Westech 360, Suite 3210
   Austin, TX 78759-8497
9  Telephone: (512) 338-5407
   Facsimile: (512) 338-5499
10

11 Attorneys for Non-Parties
   McAfee, Inc. and Robert Pangia
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 SECURITIES AND EXCHANGE          )   CASE NO.: C-07-4580 MHP
   COMMISSION,                      )
19                                  )   CERTIFICATE OF SERVICE
                 Plaintiff,         )
20                                  )
         v.                         )
21                                  )
   KENT H. ROBERTS,                 )
22                                  )
                 Defendant.         )
23                                  )
                                    )
24

-1- Certificate of Service (RGS Declaration re Filing Under Seal_Proposed Order) (PAL)

CERTIFICATE OF SERVICE
CASE NO.: C-07-4580 MHP

# CERTIFICATE OF SERVICE

I, Linda Koontz, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **DECLARATION OF RODNEY G. STRICKLAND IN SUPPORT OF DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, J, K, T, AND U TO THE DECLARATION OF WILLIAM S. FREEMAN**

2. **[PROPOSED] ORDER REGARDING DEFENDANT KENT ROBERTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS F, J, K, T, AND U TO THE DECLARATION OF WILLIAM S. FREEMAN**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Yuri B. Zelinsky
Securities & Exchange Commission
450 Fifth Street, N.W.
Washington, DC 20549-4030

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed at Palo Alto, California on February 27, 2008.

*[signature]*
Linda Koontz