1  Robert E. Gooding, Jr. (SBN 50617)
   Roman E. Darmer (SBN 212578)
2  Helen Chae MacLeod (SBN 206618)
   HOWREY LLP
3  4 Park Plaza, Suite 1700
   Irvine, CA 92614
4  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
5  Email: goodingr@howrey.com
   Email: darmerr@howrey.com
6  Email: macleodh@howrey.com

7  Attorneys for HOWREY LLP

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | SECURITIES AND EXCHANGE          ) Case No. C-07-4580 MHP
     COMMISSION,                      )
12                                    ) **DECLARATION OF ROBERT E. GOODING,**
                Plaintiff,            ) **JR. IN SUPPORT OF DEFENDANT KENT**
13                                    ) **ROBERTS' AMENDED AND CORRECTED**
         vs.                          ) **ADMINISTRATIVE MOTION TO FILE**
14                                    ) **UNDER SEAL PORTIONS OF**
     KENT H. ROBERTS,                 ) **DEFENDANT'S MOTION TO COMPEL**
15                                    ) **PRODUCTION OF DOCUMENTS FROM**
                Defendant.            ) **THIRD PARTY HOWREY LLP AND**
16                                    ) **EXHIBITS E & N TO THE DECLARATION**
                                      ) **OF WILLIAM S. FREEMAN**
17                                    )
                                      ) [Local Rule 79-5]
18                                    )
     _____  ) Judge:    Hon. Marilyn H. Patel
19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF ROBERT E. GOODING, JR. IN SUPPORT OF DEFENDANT KENT ROBERTS' AMENDED
AND CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. C-07-4580 MHP

DM_US:21037880_2

## DECLARATION OF ROBERT E. GOODING, JR.

1. I am an attorney admitted to practice law in the State of California and before this Court. I am a partner with the law firm of Howrey LLP ("Howrey"), counsel to the Special Committee of the McAfee Board of Directors ("Special Committee"). I make this declaration pursuant to Northern District Local Rule 79-5(d), following notice from Cooley Godward, Kronish LLP, counsel for Kent Roberts, that Defendant Roberts had filed an Amended and Corrected Administrative Motion to File Under Seal portions of and exhibits to his Motion to Compel and had lodged such documents with the Court pursuant to Northern District Local Rule 79-5(c) and (d). I have personal knowledge of the facts stated below, except where indicated to be upon information and belief, in which case I believe the matters stated to be true, and if called as a witness I could, and would, testify as to the truth of the following.

1. Howrey produced Exhibits E, N, R & T in response to Defendant Roberts' Subpoena to Third Party Howrey LLP in the instant action. Howrey designated the foregoing exhibits as "Confidential" pursuant to the Protective Order entered in this action. The exhibits contain confidential and sensitive information related to Howrey's internal investigation, and ongoing SEC and Department of Justice investigations. Exhibit E is a communication with McAfee's outside auditors concerning details of the internal investigation. Exhibit N contains communications with the SEC and Department of Justice concerning details of the internal investigation, including personal information for some of the witnesses interviewed during the course of the investigation. I am informed and believe that both the SEC and Department of Justice investigations into potential backdating at McAfee, and the individuals involved in any such activity, are ongoing. The public disclosure of such material could put McAfee at a competitive disadvantage.

2. Likewise, the redacted portions of the Defendant Kent Roberts' Motion to Compel Production of Documents from Third Party Howrey LLP disclose highly confidential and sensitive information, such as ongoing SEC and Department of Justice investigations, and confidential communications with McAfee's outside auditors.

-1-
DECLARATION OF ROBERT E. GOODING, JR. IN SUPPORT OF DEFENDANT KENT ROBERTS' AMENDED
AND CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. C-07-4580 MHP

DM_US:21037880_2

1      3.     The Special Committee believes that it is necessary to seal portions of Defendant's Motion to Compel Production of Documents from Third Party Howrey LLP and Exhibits E & N to the Declaration of William S. Freeman in Support Thereof in light of the confidentiality and sensitivity of the information included therein

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 27th day of February 2008, in Irvine, California.

                                                                   Robert E. Gooding, Jr.

---

-2-
DECLARATION OF ROBERT E. GOODING, JR. IN SUPPORT OF DEFENDANT KENT ROBERTS' AMENDED
AND CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. C-07-4580 MHP

DM_US:21037880_2