1  Robert E. Gooding, Jr. (SBN 50617)
   Roman E. Darmer (SBN 212578)
2  Helen Chae MacLeod (SBN 206618)
   HOWREY LLP
3  4 Park Plaza, Suite 1700
   Irvine, CA 92614
4  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
5  Email: goodingr@howrey.com
   Email: darmerr@howrey.com
6  Email: macleodh@howrey.com

7  Attorneys for HOWREY LLP

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 SECURITIES AND EXCHANGE           ) Case No. C-07-4580 MHP
   COMMISSION,                       )
12                                   ) **[PROPOSED] ORDER REGARDING**
                Plaintiff,           ) **DEFENDANT KENT ROBERTS'**
13                                   ) **AMENDED AND CORRECTED**
        vs.                          ) **ADMINISTRATIVE MOTION TO FILE**
14                                   ) **UNDER SEAL EXHIBITS E & N TO THE**
   KENT H. ROBERTS,                  ) **DECLARATION OF WILLIAM S.**
15                                   ) **FREEMAN**
                Defendant.           )
16                                   ) **[Local Rule 79-5]**
                                     )
17                                   )  Judge:      Hon. Marilyn H. Patel
                                     )
18                                   )
                                     )

[PROPOSED] ORDER RE DEFENDANT KENT ROBERTS' AMENDED & CORRECTED ADMINISTRATIVE
MOT. TO FILE UNDER SEAL EXHS. E & N TO THE DECLARATION OF WILLIAM FREEMAN
Case No. C-07-4580 MHP

DM_US:21049429_1

1  On February 22, 2008, this Court granted defendant Kent Roberts' Amended and Corrected Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents From Third Party Howrey LLP, Portions of the Declaration Of William S. Freeman in Support Thereof, and Exhibits D, E, F, J, K, N, O, R, S, T and U to the Declaration of William S. Freeman in Support Thereof (the "Freeman Declaration"), and directed the Clerk of the Court to allow defendant to file certain documents under seal.  *See* Docket No. 43.

On February 27, 2008, Howrey LLP filed a declaration pursuant to Local Rule 79-5(d) regarding Exhibits E, N & R to the Declaration of William S. Freeman (the "Freeman Declaration"). Having reviewed the declaration, and good cause appearing therefor, the Court finds as follows:

1. Exhibit E to the Freeman Declaration constitutes "Confidential" information under the Protective Order and shall remain under seal pursuant to Local Rule 79-5.

2. Exhibit N to the Freeman Declaration constitutes "Confidential" information under the Protective Order shall remain under seal pursuant to Local Rule 79-5.

IT IS SO ORDERED.

Hon. Marilyn H. Patel

-1-
[PROPOSED] ORDER RE DEFENDANT KENT ROBERTS' AMENDED & CORRECTED ADMINISTRATIVE MOT. TO FILE UNDER SEAL EXHS. E & N TO THE DECLARATION OF WILLIAM FREEMAN
Case No. C-07-4580 MHP

DM_US:21049429_1