| | |
|---|---|
| 1 | Robert E. Gooding, Jr. (SBN 50617) |
| | Roman E. Darmer (SBN 212578) |
| 2 | Helen Chae MacLeod (SBN 206618) |
| | HOWREY LLP |
| 3 | 4 Park Plaza, Suite 1700 |
| | Irvine, CA 92614 |
| 4 | Telephone: (949) 721-6900 |
| | Facsimile: (949) 721-6910 |
| 5 | Email: goodingr@howrey.com |
| | Email: darmerr@howrey.com |
| 6 | Email: macleodh@howrey.com |

Attorneys for HOWREY LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Case No. C-07-4580 MHP |
| Plaintiff, | ) ) ) | **FILER'S ATTESTATION PURSUANT TO LOCAL GENERAL ORDER 45 REGARDING THE FILING OF NON-PARTY HOWREY LLP'S DECLARATION IN SUPPORT OF DEFENDANT'S AMENDED & CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL, AND PROPOSED ORDER** |
| vs. | ) | |
| KENT H. ROBERTS, | ) | |
| Defendant. | ) | |
| | ) | Hearing Date: February 25, 2008 |
| | ) | Time: 2:00 p.m. |
| | ) | Courtroom: 15 |
| | ) | Judge: Hon. Marilyn H. Patel |

---

FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S DECLARATION IN SUPPORT OF DEFENDANT'S AMENDED & CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL, AND PROPOSED ORDER (Case No. C-07-4580 MHP)

DM_US:21049484_1

**FILER'S ATTESTATION**

I, David T. Bartels, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to Non-Party Howrey LLP's Declaration of Robert E. Gooding, Jr. in Support of Defendant Kent Roberts' Amended and Corrected Administrative Motion to File Under Seal Portions of Defendant's Motion to Compel Production of Documents From Third Party Howrey LLP and Exhibits E & N to the Declaration of William S. Freeman, and Proposed Order.

Executed this 27th day of February 2008, in Irvine, California.

    /s/  David T. Bartels
        David T. Bartels

-1-
FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S DECLARATION IN SUPPORT OF DEFENDANT'S AMENDED & CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL, AND PROPOSED ORDER (Case No. C-07-4580 MHP)

DM_US:21049484_1