1  Robert E. Gooding, Jr. (SBN 50617)
   Roman E. Darmer (SBN 212578)
2  Helen Chae MacLeod (SBN 206618)
   HOWREY LLP
3  4 Park Plaza, Suite 1700
   Irvine, CA 92614
4  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
5  Email: goodingr@howrey.com
   Email: darmerr@howrey.com
6  Email: macleodh@howrey.com

7  Attorneys for HOWREY LLP

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  SECURITIES AND EXCHANGE            ) Case No. C-07-4580 MHP
    COMMISSION,                        )
12                                     ) **FILER'S ATTESTATION PURSUANT TO**
              Plaintiff,               ) **LOCAL GENERAL ORDER 45**
13                                     ) **REGARDING THE FILING OF NON-**
         vs.                           ) **PARTY HOWREY LLP'S REPLY**
14                                     ) **MEMORANDUM OF POINTS AND**
    KENT H. ROBERTS,                   ) **AUTHORITIES IN SUPPORT OF**
15                                     ) **OPPOSITION TO DEFENDANT KENT H.**
              Defendant.               ) **ROBERTS' REQUEST FOR PRODUCTION**
16                                     ) **OF ATTORNEY NOTES**
                                       )
17                                     )  Hearing Date:  February 25, 2008
                                       )  Time:          2:00 p.m.
18                                     )  Courtroom:     15
                                       )  Judge:         Hon. Marilyn H. Patel
19                                     )
                                       )
20  _____)

21

22

23

24

25

26

27

28

HOWREY LLP

FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DEFENDANT KENT H. ROBERTS' REQUEST FOR PRODUCTION OF ATTORNEY NOTES (Case No. C-07-4580 MHP)

DM_US:21056120_1

**FILER'S ATTESTATION**

I, Helen Chae MacLeod, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to Non-Party Howrey LLP's Reply Memorandum of Points and Authorities in Support of Opposition to Defendant Kent H. Roberts' Request for Production of Attorney Notes.

Executed this 29th day of February 2008, in Irvine, California.

      /s/  Helen C. MacLeod
      Helen Chae MacLeod
-1-

**HOWREY LLP**

FILER'S ATTESTATION REGARDING THE FILING OF NON-PARTY HOWREY LLP'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DEFENDANT KENT H. ROBERTS' REQUEST FOR PRODUCTION OF ATTORNEY NOTES (Case No. C-07-4580 MHP)

DM_US:21056120_1