COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT H. ROBERTS,<br><br>Defendant. | Case No.  C 07-04580 MHP<br><br>**DECLARATION OF SHANNON M. EAGAN IN SUPPORT OF DEFENDANT KENT ROBERTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL**<br><br>Judge:    Hon. Marilyn H. Patel |

I, Shannon M. Eagan, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney at the law firm of Cooley Godward Kronish LLP, counsel of record for Defendant Kent Roberts. The following facts are based on personal knowledge or on information and belief based upon my review of documents and sources I believe to be trustworthy.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

**DECL. OF S. M. EAGAN I/S/O SUPPLEMENTAL BRIEF -**
CASE NO. C-07-4580 MHP

2. On September 13, 2007, Robert E. Gooding, Jr., Esq. testified by deposition in an arbitration entitled *Weiss v. McAfee, Inc.*, American Arbitration Association No. 71 166 00038 07. A true and correct copy of the face page, signature page and certain excerpts of Mr. Gooding's testimony is being filed under seal with this motion and is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 29, 2008, at Palo Alto, California.

/s/
Shannon M. Eagan

768928 v1/PA