1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:     (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   | SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 07-04580 MHP |
   |---|---|
   | Plaintiff, | **EXHIBIT A** |
   | v. | **TO THE DECLARATION OF SHANNON M. EAGAN IN SUPPORT OF DEFENDANT KENT ROBERTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL** |
   | KENT H. ROBERTS, | |
   | Defendant. | Judge:   Hon. Marilyn H. Patel |

                              *CONFIDENTIAL*
                  *DOCUMENT SUBMITTED UNDER SEAL*
              *PURSUANT TO CIV. L.R. 79-5(c) and (d)*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

EXHIBIT A TO THE DECL. OF S. M. EAGAN I/S/O
SUPPLEMENTAL BRIEF - CASE NO. C-07-4580 MHP