COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KENT H. ROBERTS,<br><br>　　　　　　Defendant. | Case No. C 07-04580 MHP<br><br>**PROOF OF SERVICE**<br>**(FRCP 5)**<br><br>Judge:  Hon. Marilyn H. Patel |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

*Confidential Document Submitted Under Seal Pursuant to Civ. L.R. 79-5(c) and (d):*

1. Defendant Kent H. Roberts' Supplemental Brief in Support of Motion to Compel Production of Documents From Third Party Howrey LLP; and

2. Exhibit A to the Declaration of Shannon M. Eagan in Support of Defendant Kent Roberts' Supplemental Brief in Support of Motion to Compel

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

on the following part(ies) in this action:

    Stephen L. Cohen  (cohens@sec.gov)
    Matthew D. Strada (stradam@sec.gov)
    Securities & Exchange Commission
    Division of Enforcement
    100 F Street, NE
    Washington, DC  20549

    Robert Gooding, Esq.
    Howrey LLP
    4 Park Plaza
    Suite 1700
    Irvine, CA 92614

    Rod Strickland, Esq.
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304

Executed on February 29, 2008 at Palo Alto, California.

                                                /s/
                                           Catherine R. Galan