1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12
   SECURITIES AND EXCHANGE            Case No.  C 07-04580 MHP
13 COMMISSION,
                                      **DEFENDANT KENT ROBERTS'**
14             Plaintiff,             **ADMINISTRATIVE MOTION TO FILE**
                                      **UNDER SEAL PORTIONS OF DEFENDANT'S**
15      v.                            **SUPPLEMENTAL BRIEF IN SUPPORT OF ITS**
                                      **MOTION TO COMPEL AND EXHIBIT A TO**
16 KENT H. ROBERTS,                   **THE DECLARATION OF SHANNON M.**
                                      **EAGAN IN SUPPORT THEREOF**
17             Defendant.
                                      Judge:    Hon. Marilyn H. Patel
18

19

20

21      Pursuant to Civil Local Rule 79-5(b), (c) and (d), Defendant Kent Roberts ("Defendant")

22 hereby submits this Administrative Motion to File Under Seal Portions of Defendant's

23 Supplemental Brief in Support of its Motion to Compel Production of Documents from Third

24 Party Howrey LLP and Exhibit A to the Declaration of Shannon M. Eagan in Support Thereof.

25      1.      In accordance with Civil Local Rule 79-5(b) and the Protective Order entered in

26 the arbitration proceeding of *Kevin Weiss v. McAfee, Inc.*, American Arbitration Association, No.

27 71 166 00038 07 ("*Weiss* Protective Order"), Defendant requests that the following exhibit

28 attached to the Declaration of Shannon M. Eagan, submitted herewith, be filed under seal:

                              1.

Exhibit A – Excerpts from the Deposition Transcript of Robert E. Gooding, Jr.

2.    In accordance with Civil Local Rule 79-5(b) and the Stipulation and Protective Order entered into in this case on November 16, 2007 ("*Roberts* Protective Order"), Defendant previously requested in its Amended Administrative Motion to Seal that the following exhibit attached to the Declaration of William S. Freeman in Support of Motion to Compel, be filed under seal: Exhibit E – March 22, 2007 Letter from Howrey to Deloitte & Touche and PricewaterhouseCoopers.

3.    On February 27, 2006, Mr. Robert Gooding from Howrey LLP filed a Declaration in Support of Defendant's Amended Administrative Motion to Seal, stating, in part, that Exhibit E to the Declaration of William S. Freeman contains confidential and sensitive information. *See* Declaration of Robert E. Gooding in Support of Defendant's Amended Administrative Motion to File Under Seal, ¶ 1.

4.    In accordance with Local Rule 79-5(c) and (d), the *Weiss* Protective Order, and the *Roberts* Protective Order, Defendant requests that certain portions of Defendant's Supplemental Brief in Support of its Motion to Compel Production of Documents from Third Party Howrey LLP pertaining to the matters described in Paragraphs 1-3 above be filed under seal. A public, redacted version of this document is being lodged with the Court electronically herewith.

Dated: February 29, 2008                COOLEY GODWARD KRONISH LLP
                                        STEPHEN C. NEAL (170085)
                                        WILLIAM S. FREEMAN (82002)
                                        SHANNON M. EAGAN (212830)
                                        EINAT SANDMAN CLARKE (234776)


                                        _____/s/_____
                                        William S. Freeman (82002)

                                        Attorneys for Defendant
                                        Kent H. Roberts

768867 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

ADM. MOTION TO FILE UNDER SEAL PORTIONS OF
SUPPLEMENTAL BRIEF AND EXHIBIT A TO THE
DECLARATION OF S. EAGAN – CASE NO. C-07-4580 MHP