# EXHIBIT C

**Galan, Catherine**

---

| | |
|---|---|
| **From:** | Clarke, Einat Sandman |
| **Sent:** | Thursday, February 28, 2008 9:41 AM |
| **To:** | 'Hermle, Lynne'; 'sfletcher@velaw.com'; 'jmiguez@littler.com' |
| **Cc:** | Eagan, Shannon; Galan, Catherine |
| **Subject:** | Supplemental Briefing in SEC v. Roberts |

Greetings,

We have been requested to provide supplemental briefing in support of Mr. Roberts' Motion to Compel filed on February 15, 2008.  Tomorrow we intend to submit under seal additional portions of Mr. Gooding's deposition testimony.

This email is intended as a courtesy to give you additional notice pursuant to L.R. 79-5.

I am happy to send you the confidential documents via email following our filing -- which is expected to occur around 5:00 p.m. PST tomorrow.

Regards,
Einat

**Einat Sandman Clarke**
Cooley Godward Kronish LLP • Five Palo Alto Square
3000 El Camino Real • Palo Alto, CA  94306-2155
Direct: 650/843-5068 • Fax: 650/857-0663
Bio: www.cooley.com/esandman • Practice: www.cooley.com/litigation