COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (eclarke@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>KENT H. ROBERTS,<br><br>   Defendant. | Case No.  C 07-04580 MHP<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Defendant Kent Roberts' Administrative Motion to File Under Seal Portions of Defendant's Supplemental Brief in Support of its Motion to Compel and Exhibit A to the Declaration of Shannon M. Eagan in Support Thereof**<br><br>Judge:    Hon. Marilyn H. Patel |

Having reviewed the submissions relating to Defendant Kent Roberts' Administrative Motion to File Under Seal Portions of Defendant's Supplemental Brief in Support of its Motion to Compel Production of Documents from Third Party Howrey LLP and Exhibit A to the Declaration of Shannon M. Eagan in Support Thereof, pursuant to Civil Local Rule 79-5 and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant's Administrative Motion to File Under Seal Portions of Defendant's Supplemental Brief in Support of its Motion to Compel Production of Documents from Third

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.    [PROPOSED] ORDER GRANTING ADM. MOTION TO FILE UNDER SEAL PORTIONS OF SUPP. BRIEF AND EXHIBIT A TO EAGAN DECL. - CASE NO. C-07-4580 MHP

1  Party Howrey LLP and Exhibit A to the Declaration of Shannon M. Eagan in Support Thereof is
2  GRANTED;
3      IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow Defendant to
4  file under seal the following documents:
5      1.    Exhibit A to the Declaration of Shannon M. Eagan in Support of
6      Defendant's Supplemental Brief;
7      2.    Portions of Defendant's Supplemental Brief in Support of its Motion to
8      Compel Production of Documents from Third Party Howrey LLP, at 2:15-
9      19, 2:27-28 (Footnote 1), and 3:16-21.

11  **IT IS SO ORDERED.**
12  Dated: March _3_, 2008
13  768875 v1/PA

_____
H. PATEL
Judge Marilyn H. Patel

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

[PROPOSED] ORDER GRANTING ADM. MOTION TO FILE
UNDER SEAL PORTIONS OF SUPP. BRIEF AND EXHIBIT A
TO EAGAN DECL. - CASE NO. C-07-4580 MHP