COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENT H. ROBERTS,<br><br>    Defendant. | Case No.  C 07-04580 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY INITIAL SCHEDULING ORDER AND LIMITING DISCOVERABILITY OF CERTAIN EXPERT MATERIALS** |

1    WHEREAS, the parties herein previously agreed to certain dates for the completion of
2  fact discovery, the conduct of expert discovery and the filing of dispositive motions, based on all
3  such dates occurring after the completion of the trial in the related criminal matter, *United States*
4  *v. Kent H. Roberts*, No. CR-07-0100; and

5    WHEREAS, the Court, at a status conference on December 10, 2007, issued its
6  Scheduling Order setting dates for these activities at a time when the trial in the criminal matter
7  was set to take place in February 2008; and

8    WHEREAS, the Court has since ordered that the criminal trial be re-set to commence on
9  September 16, 2008; and

10   WHEREAS, the parties have met and conferred, and have agreed that it is in the interest
11 of justice for the previously agreed and ordered dates in this matter be re-set to once again follow
12 the trial in the criminal matter; and

13   WHEREAS, the parties have further mutually agreed to limit the discoverability of their
14 correspondence with their respective experts, and of their experts' draft reports.

15   IT IS HEREBY STIPULATED that, subject to the Order of the Court, the Scheduling
16 Order dated December 10, 2007 may be modified as follows:

17   | Date | Event |
|---|---|
| 11/28/08 | Last day to complete fact discovery |
| 11/28/08 | Last day to disclose experts in chief and exchange expert reports |
| 01/15/09 | Last day to disclose rebuttal experts and exchange rebuttal reports |
| 2/13/09 | Last day to complete expert discovery |
| 03/13/09 | Last day to file dispositive motions |

23   IT IS FURTHER STIPULATED that the status conference currently set for June 2, 2008
24 at 3:00 p.m. be continued to November 10, 2008 at 3:00 p.m. or such other time as the Court may
25 determine; and that the pretrial conference shall be set 30 days after the Court enters its decision
26 on the Parties' dispositive motions.

773029 v1/PA                          1.                    **STIPULATION AND [PROPOSED] ORDER TO MODIFY
INITIAL SCHEDULING ORDER
CASE NO. C-07-4580 MHP**

IT IS FURTHER STIPULATED that draft expert reports and parties' or their counsels' communications with their respective experts shall not be discoverable.

Dated: May 8, 2008                Respectfully submitted,

COOLEY GODWARD KRONISH LLP
Stephen C. Neal (CA Bar No. 170083)
William S. Freeman (CA Bar No. 82002)
Shannon M. Eagan (CA Bar No. 212830)
Einat Sandman Clarke (CA Bar No. 234776)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000

By: _____/s/_____
     William S. Freeman (CA Bar No. 82002)

Attorneys for Defendant
KENT H. ROBERTS

Dated: May 8, 2008                SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4472

By: _____/s/_____
     Stephen L. Cohen (D.C. Bar No. 478601)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____          _____
                                THE HONORABLE MARILYN H. PATEL
                                UNITED STATES DISTRICT JUDGE