COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
EINAT SANDMAN CLARKE (234776) (esandman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendant
Kent H. Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>          v.<br><br>KENT H. ROBERTS,<br><br>                  Defendant. | Case No.  C 07-04580 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY INITIAL SCHEDULING ORDER AND LIMITING DISCOVERABILITY OF CERTAIN EXPERT MATERIALS** |

1    WHEREAS, the parties herein previously agreed to certain dates for the completion of

2    fact discovery, the conduct of expert discovery and the filing of dispositive motions, based on all

3    such dates occurring after the completion of the trial in the related criminal matter, *United States*

4    *v. Kent H. Roberts*, No. CR-07-0100; and

5    WHEREAS, the Court, at a status conference on December 10, 2007, issued its

6    Scheduling Order setting dates for these activities at a time when the trial in the criminal matter

7    was set to take place in February 2008; and

8    WHEREAS, the Court has since ordered that the criminal trial be re-set to commence on

9    September 16, 2008; and

10    WHEREAS, the parties have met and conferred, and have agreed that it is in the interest

11    of justice for the previously agreed and ordered dates in this matter be re-set to once again follow

12    the trial in the criminal matter; and

13    WHEREAS, the parties have further mutually agreed to limit the discoverability of their

14    correspondence with their respective experts, and of their experts' draft reports.

15    IT IS HEREBY STIPULATED that, subject to the Order of the Court, the Scheduling

16    Order dated December 10, 2007 may be modified as follows:

17    | Date | Event |
|------|-------|
| 18  11/28/08 | Last day to complete fact discovery |
| 19  11/28/08 | Last day to disclose experts in chief and exchange expert reports |
| 20  01/15/09 | Last day to disclose rebuttal experts and exchange rebuttal reports |
| 21  2/13/09 | Last day to complete expert discovery |
| 22  03/13/09 | Last day to file dispositive motions |

23    IT IS FURTHER STIPULATED that the status conference currently set for June 2, 2008

24    at 3:00 p.m. be continued to November 10, 2008 at 3:00 p.m. or such other time as the Court may

25    determine; and that the pretrial conference shall be set 30 days after the Court enters its decision

26    on the Parties' dispositive motions.

27

28

1    IT IS FURTHER STIPULATED that draft expert reports and parties' or their counsels'

2    communications with their respective experts shall not be discoverable.

3    Dated: May 8, 2008                    Respectfully submitted,

4
                                          COOLEY GODWARD KRONISH LLP
5                                         Stephen C. Neal (CA Bar No. 170083)
                                          William S. Freeman (CA Bar No. 82002)
6                                         Shannon M. Eagan (CA Bar No. 212830)
                                          Einat Sandman Clarke (CA Bar No. 234776)
7                                         Five Palo Alto Square
                                          3000 El Camino Real
8                                         Palo Alto, CA 94306
                                          (650) 843-5000
9

10
                                          By:_____/s/_____
11                                            William S. Freeman (CA Bar No. 82002)

12
                                          Attorneys for Defendant
13                                        KENT H. ROBERTS

14   Dated: May 8, 2008                    SECURITIES AND EXCHANGE COMMISSION
                                           100 F Street, N.E.
15                                         Washington, D.C. 20549-4030
                                           (202) 551-4472
16

17
                                          By:_____/s/_____
18                                            Stephen L. Cohen (D.C. Bar No. 478601)

19
                                          Attorneys for Plaintiff
20                                        SECURITIES AND EXCHANGE COMMISSION

21                          [PROPOSED] ORDER

22
             IT IS SO ORDERED.
23

24   Dated:  _5/9/2008_____        IT IS SO ORDERED
                                              _____
25                                            THE HONORABLE MARILYN H. PATEL
                                              UNITED STATES DISTRICT JUDGE
26                                            Judge Marilyn H. Patel

27

28