1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
   SHANNON M. EAGAN (212830) (seagan@cooley.com)
3  EINAT SANDMAN CLARKE (234776) (esandman@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   Attorneys for Defendant
7  Kent H. Roberts

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
13  SECURITIES AND EXCHANGE          Case No.  C 07-04580 MHP
    COMMISSION,
14                                   **STIPULATION AND [PROPOSED] ORDER
              Plaintiff,             TO MODIFY SCHEDULING ORDER AND
15                                   CONTINUE STATUS CONFERENCE**
         v.
16
    KENT H. ROBERTS,
17
              Defendant.

18

19      WHEREAS, the parties herein previously agreed to, and the Court previously ordered,

20  certain dates for the completion of fact and expert discovery and the filing of dispositive motions;

21      WHEREAS, the parties have met and conferred since the conclusion of the criminal

22  proceedings against Mr. Roberts, and agreed to explore whether this matter can be settled without

23  the necessity of trial; and

24      WHEREAS, the parties agree that it is in the interest of justice for the previously agreed

25  and ordered dates in this matter be postponed by approximately 60 days in order to permit the

26  parties to explore settlement;

27      IT IS HEREBY STIPULATED that, subject to the Order of the Court, the Scheduling

28  Order dated May 9, 2008 may be modified as follows:

| Date | Event |
|---|---|
| 01/30/09 | Last day to complete fact discovery |
| 01/30/09 | Last day to disclose experts in chief and exchange expert reports |
| 03/16/09 | Last day to disclose rebuttal experts and exchange rebuttal reports |
| 04/14/09 | Last day to complete expert discovery |
| 05/12/09 | Last day to file dispositive motions |

IT IS FURTHER STIPULATED that the status conference currently set for November 24, 2008 at 3:00 p.m. be continued to December 8, 2008 at ~~4:00~~ 3:00 p.m. or such other time as the Court may determine; and that the pretrial conference shall be set 30 days after the Court enters its decision on the Parties' dispositive motions.

Dated: November 5, 2008           Respectfully submitted,

COOLEY GODWARD KRONISH LLP
Stephen C. Neal (CA Bar No. 170083)
William S. Freeman (CA Bar No. 82002)
Shannon M. Eagan (CA Bar No. 212830)
Einat Sandman Clarke (CA Bar No. 234776)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000


By:_____/s/_____
    William S. Freeman (CA Bar No. 82002)

Attorneys for Defendant
KENT H. ROBERTS

Dated: November 5, 2008           SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4472


By:_____/s/_____
    Stephen L. Cohen (D.C. Bar No. 478601)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

1 **[PROPOSED] ORDER**

2  Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

3

4  Dated: 11/14/2008

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel