STEPHEN L. COHEN (cohens@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202) 551-4472
Facsimile (202) 772-9245

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KENT H. ROBERTS,<br><br>Defendant | Case No. C 07-04580 MHP<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Securities and Exchange Commission ("Commission") and Defendant Kent H. Roberts ("Roberts"), through their respective counsel, hereby stipulate to dismissal with prejudice of all claims that the Commission has asserted against Roberts in the above-captioned matter. The Commission and Roberts further stipulate that each party shall bear its or his own costs. Roberts hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her

1  official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses,
2  or costs expended by the Defendant to defend against this action.

Dated: March 19, 2009

Respectfully submitted,

*/s/ Stephen L. Cohen*

STEPHEN L. COHEN (cohens@sec.gov)
Counsel for Plaintiff Securities and Exchange Commission

Dated: March 5, 2009

Respectfully submitted,

*/s/ William S. Freeman*

WILLIAM S. FREEMAN
(freemanws@cooley.com)
Counsel for Defendant Kent H. Roberts

STEPHEN L. COHEN (cohens@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202) 551-4472
Facsimile (202) 772-9245

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KENT H. ROBERTS,<br><br>Defendant | Case No. C 07-04580 MHP<br><br>**DISMISSAL WITH PREJUDICE** |

### ORDER

The Court, having received the stipulation of the parties, and finding good cause, hereby DISMISSES this action as to Defendant Kent H. Roberts WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 3/20/2009

*[Signature]*
IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Judge